IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 11 2017

JEFFREY P. COLWELL
CLERK

Civil Action No.  1:17-CV-02380-GPG
(To be supplied by the court)

Rob Allen Patterson                    , Plaintiff,

v.

Jefferson County Combined Courts Etal

Judge Woodford                    ,

Judge Moore                    ,

Judge McNulty                    ,

Officers of the Court Etal

Jefferson County District Attorneys Etal.

Jefferson County Public Defenders, Etal.

Jefferson County Sheriffs Office Etal , Defendant(s).

(List each name defendant on a separate line.)

_____

**PRISONER COMPLAINT**

_____

(Rev. 1/30/07)

DEFENDANTS

Continued

EDGEWATER COLORADO POLICE DEPARTMENT Etal.

LAKEWOOD COLORADO POLICE DEPARTMENT Etal.

Edgewater Colorado City Counsel Etal.

Lutheran Hospital Etal.

Correctional care Services Etal.


NOTE, Discovery for NAMES OF

INVOLVED & Subpoenas already filed _Will

Motion Court to RE file a

## A. PARTIES

1. Rob Allen Patterson        P01095377
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   P.O. Box 16700   Golden Colo 80402

2. Judge McNulty  Chief District Judge
   (Name, title, and address of first defendant)
   100 Jefferson County Parkway Golden Colo 80401
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under
   color of state law? ☒ Yes ☒ No (CHECK ONE). Briefly explain your answer:
   Yes and No. Employed as chief district Judge
   Yet Acted As Conspirator to cover up Murder

3. Judge Woodford  County Court Judge.
   (Name, title, and address of second defendant)
   100 Jefferson County Parkway Golden Co 80401
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under
   color of state law? __ Yes __ No (CHECK ONE). Briefly explain your answer:
   Yes and No Employed as County court Judge
   Yet Denied All Access to Property or Wife,
   Conspired to cover up Murder.

4. Judge Moore  County Court Judge
   (Name, title, and address of third defendant)
   100 Jefferson County Parkway Golden Co 80401
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under
   color of state law? __ Yes __ No (CHECK ONE). Briefly explain your answer:
   Yes and No Employed as County court Judge
   Yet Acted In Conspiracy to cover up Lies & Murder

(If you are suing more than three defendants, use extra paper to provide the information
requested above for each additional defendant. The information about additional defendants
should be labeled "A. PARTIES.")

(Rev. 1/30/07)                    2

A. Parties

⑤ CLERK OF COURT JUDGE MCNULTY.
UNKNOWN NAME _____

100 Jefferson County parkway Golden Colorado
80401. YES AND NO Employed as Clerk of
Court for District Judge McNulty YET
ACTED IN CONSPIRACY TO DENY APPEAL AND
COVER UP MURDER. EXCULPATORY EVIDENCE & THEFT

⑥ CLERK OF COURT JUDGE WOODFORD
UN Known name _____
100 Jefferson County parkway Golden Colorado
80401. YES AND NO Employed as Clerk of Court
for County Judge Woodford. YET acted in conspiracy
to deny Access to property tools of trade &
wife to cover up murder & theft.

⑦ CLERK OF COURT Judge MOORE
UN Known name _____
100 Jefferson County parkway Golden Colorado
80401 YES AND NO. YET Acted in conspiracy
to deny access to property tools of trade. Advisement.
murder Attempted murder & retaliation. of Judge.

A Parties ②

A Parties

(8) Jefferson County District attorneys Office Etal

| DA | DA |
|---|---|
| DA | INTAKE |
| INVESTIGATOR | Supervisor |

Unknown Names. All Denied Access To Due Process ADVISEMENT, Appeal, Conspired To Cover up Murder, Theft & "RICO", Stolen Federal Files And Denied Access To Summons Complaint & Discovery. Yes And No - Employed As District Attorney's office. Yet Acting in Conspiracy "RICO" to Cover up Theft Murder & Conspiracy to Stop Law Suits.

(9) Jefferson County Public Defenders office.

Unknown names. All denied Due process & Appeal THEFT. Effective Assistance. Sobjorned Perjury murder Employed As Public defenders Jefferson County Colorado.

Parties (3)

A Parties

(10)   Jefferson County Sheriffs office ET al
200 Jefferson County Park way Golden Colorado
80401   Unknown Officers _____.

_____ o _____ o _____ o

_____ o _____ o _____ o

_____ o _____ o _____ o

Yes and no. REFUSED GRIEVANCES  DUE PROCESS.
MEDICAL CARE. LEGAL ACCESS, RETALIATED FOR
FILLING OF GRIEVANCES. REFUSED INTERNAL
AFFAIRS. FORGED DOCUMENT. ATTEMPTED TO
FRAME FOR Charges. DENIED ACCESS TO property,
MENTAL HEALTH. News PAPERS MEDIA, Legal mail
log. DENTAL. MENTAL HEALTH, SOCIAL WORKER.
AND COVERING UP NO ADVISEMENT & MURDER.

(11)   EDGEWATER COLORADO POLICE DEPARTMENT (NOTE NO
ATTORNEY, NO INTERNET. NO SOCIAL WORKER   SO NO ADDRESS)
UNKNOWN Officers under color of law Lied and did
WILLFULLY with malicious intent murder me w/M-1

Parties (4)

## (A)  Parties

(13)  LAKEWOOD COLORADO POLICE DEPT REMOVED
EXCULPATORY EVIDENCE. Acting under color of
law AND CALLED BY PLAINTIFF to
ASSIST DURING Contact w/ EDGEWATER
PD AND THEIR ILLEGAL Acts.

(14)  Lutheran Hospital Wheatridge Colorado
ER Dr Did using M-1 without Questiony
MURDER W/INTENT THEN LEAVE FOR
DEAD IN HALLWAY INJECT w/ 20mg HALADOL
IN CAUSING MNR & LEFT TO DIE.

(15)  Correctional Care Services Jefferson County
Jail has Denied all care & treatment for
MNR & conditions Zero therapy testing or
TREATMENT, ALL CLAIMS ARE IGNORED
INCLUDING ANEURYSM & ROI's FOR Such.

A Parties 5

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to:  (check one if applicable)

   ____ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

   ____ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

   42-USCA-1983        US Constitutional Rights

   Violations _ MURDER

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.  If more space is needed to describe the nature of the case, use extra paper to complete this section.  The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

RICO, MURDER, CONSPIRACY. OBFUSCATION

OF EVIDENCE DENIED PROOF OF INNOCENCE.

DENIED ADVISEMENT, CRUEL & UNUSUAL TREATMENT

DENIED MEDICAL & MENTAL, ILLEGAL PROCESS,

DENIED APPEAL, RETALIATION. DENIED

REDRESS. & 100's MORE READ ON

W/ TRANSCRIPTS VIDEO'S TEXTS EMAILS

MATERIAL PROOF NOT

LIES —

SEE PROOF OF Prima-facie

murder conspiracy

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action.  For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific cases to support your claim(s).  If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s).  The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1.  Claim One: MURDER BY M-1

    Supporting Facts:

    EDGEWATER PD TO COVER UP LAW SUIT & illegal Acts BY EDGEWATER PD, Did with intent using M-1 At Without hospital MURDER ME  I'm Now TERMINAL DUE TO THEIR LIES ~

TOTALITY SUIT

MEDICAL
FOOD
Personal hygiene & sanitation
LACK OR rehabilitation Therapy

3:16 SPECIALIZED MEALS. EQUAL ACCESS RULE

Since onset of illness (ACQUIRED BY Illegal injection) all simple Claims were totally denied by the medical dept. (American Correctional Association. Sets standards.) CCS Does not even attempt to comply with these. THE PLAINTIFF BOB ALLEN PATTERSON HAS STATED THE BOARD CERTIFIED DIETICIAN CMHIP AND SAGEWEST BOTH GAVE DIET ORDERS. SPECIFICALLY FOR MY RELATED DIS-ORDERS. BLOOD TESTS & X-RAYS CONFIRMED CONDITIONS

3:44
DEPRAVATION OF DIET AS PUNISHMENT. RECOMMENDS 2,700 A DAY FOR NORMAL DIETS. THIS form of corporal punishment is forbidden

3:78 IDLENESS, PROGRAMS = REHABILITATION.
THE 8th constitutionally derived right to treatment. PTSD. THE VERY FACTS THAT THERE REMAINS A CONSPIRACY TO COVER UP CASES. is in fact dehabilitation. mental, physical and emotional status continued deterioration. a derivative right to treatment or therapy to Avoid a stultifying environment. Denial of therapy has proven "atypical and significant hardship" This brings into effect "Liberty interest" (TO BE FREE FROM CRUEL & UNUSUAL TREATMENT)

REFUSAL TO TREAT MORE THAN 1 ILLNESS AT A TIME CITING 30 RETURNS & LABS & REQUESTS — A (4) TOTALITY

Prisoner RIGHTS

RIGHT TO GRIEVE   6:   1ST AMENDMENT

7 REQUESTED GRIEVANCES ON MEDICAL DEPT NEVER EVEN REPLIED TO.

FREE SPEACH   A CHECK ON "THE ABUSE OF POWER BY PUBLIC OFFICIALS"
THERE IS "NO COMPELLING INTREST TO ABRIGE THIS RIGHT" FREE SPEACH HERE
IN JCSO DOES NOT EXIST YOU CANNOT GRIEVE. JCSO OFFICIALS HAVE
COMPLETE CONTROL HERE AND THE COURTS BACK THEM UP 100% THEY DO NOT
RESPOND TO ANY FORM OF FREE SPEACH ITS EVEN A THREAT TO BE
RETALIATED AGAINST FOR VENTING OR REQUESTING SUCH.

JEFFERSON COUNTY COURTS. AND JCSO DENY BENEFITS OTHERS
NORMALLY TAKE FOR GRANTED RUNNING INTERFERENCES FOR POLICE, JUDGES
DA. AND MEDICAL DEPT. BASICLY JCSO IS THE GESTAPO OF estoppel
THEY BAR GRIEVANCES W/THREATS. THEY BAR LAW SUITS. CIVIL SUITS,
COMPLAINTS TO MEDIA & DO NOT ALLOW UN-CENSORED CORRESPONDENCE
TO MEDIA TV, NEWS. THE ESTOPPEL PREVENTS relitigation of
the illegal practices here AT JCSO. "TO SUPPRESS UNWELCOME OR
legitimate criticism" BAN ON FACE TO FACE INTERVIEWS BY THE
MEDIA. NOT A VALID RULE Due to "no relation to legitimate penological interests"

NOTE: (LEGISLATIVE) (EXECUTIVE) (JUDICIARY) 3 THE SEPERATION
OF POWERS concerns counsel a policy of Judicial restraint.

—— 4 FACTORS ——

1st there must be a "valid rational connection" between the regulation and the
   legitimate governmental interest put forward to Justify it
2nd must be "alternative means" of exercising the right the prisoner claims is infringed?

A ⑤ TOTALITY

4 FACTORS   CON'T

3rd   COURT MUST CONSIDER "THE IMPACT accommodation of the asserted
constitutional right will have on goards and other inmates and the allocation
of resources generally

4th   Finally the courts Must consider whether there are redily available
alternatives that at de minimis cost could meet the prisons/Jails
interest without Sacrificing the plantiffs Free speech rights.

### NECESSARY DILIGENCE

THE DILIGENCE THAT A PERSON (ENTITY) IS REQUIRED TO EXERCISE TO BE LEGALLY
PROTECTED

THE ACTIONS OF JCSO CCS JEFFERSON COURTS JUDGES. DA AND
POLICE ALONG WITH PUBLIC DEFENDERS ARE UNCONSTITUTIONAL ON

### THEIR FACE

THE CENSORSHIP HERE AFOREMENTIONED RAISES GRAVE FIRST
AMENDMENT CONCERNS OUTSIDE THE JAILS CONTEXT.

### AN — ABSOLUTE BAN ON NEWSPAPERS —

# Violates 1st Amend   Not rationally related to sheriffs OBJECTIVE

3>
B)

## 6:14 DUE PROCESS

SHAKUR V. SELSKY 391 F.3d 106 (2nd Cir 2004)   BAN on all pub is illegal
AND DOES not PASS Muster,   NEWS PAPERS + prison legal news.

### 6:19 writings for Civilian Audience

Inmates remain free to correspond with the press, voices of dissent
cannot and should not be suppressed

A (6) TOTALITY

6:19   cont

" RETALIATION AGAINST THE CONTENT OF HIS WRITING "

BOOK MORMON PIG SLAYER ∧ AN ACTUAL INQUEST INTO
THE FACTS BEHIND THE BOOK [A HEARING MIGHT UNCOVER] DENIED

6:21
NOW in here Punishment for improper writing. Clearly evident

6:23

THE RIGHT TO POLITICAL ACTIVITY: THE RIGHT TO ASSOCIATE,
TO COMMUNICATE, AND TO PRESENT GRIEVANCES IN PRISON. 1ST AMEND

4:34
Confidentiality

Too little, too late, too slow

Officials allegedly disclosed Confidential Files. disclosure of
these records posed immediate risk of physical harm. (Limiting the
disclosure of (INTENT TO KILL) INTENT TO PUBLISH This knowledge that
the communicator will probably reach third persons.

4:37

EXPERIMENTATION AND A PRISONERS RIGHT TO REFUSE TREATMENT
VOLUNTARINESS (REFUSAL TO GIVE NORMALLY PRESCRIBED MEDS AND

A (7) TOTALITY

4:37 cont

INJURIES FROM NON-COMPLIANCE WITH FDA FDE AND MANUFACTURES PERSCRIBENG GUIDELINES. REFUSAL to GIVE STANDARD PRINTED INFORMATION ON DRUGS being given refusal to give w/space or meals. EVEN TO THE POINT OF DIRECT DENIAL OF TREATMENT "THE DR LIKES TO TRY NEW THINGS HERE" (Private EXPERIMENTATION POOL)

GIVEN WARNING that CONDITIONS ARE WORSENING THE AFFIRMATIVE MISCONDUCT (refused Grievances, medical requests, consistent circumnavigation of ISSUES) AND DIRECT REFUSAL TO TREAT "OH YOUR BEING TREATED W/THIS CREW YET NO PERSCRIBENG DIRECTION OR FDA INSTRUCTIONS followed BY CCS AND NOT ALLOWED TO GET INFORMATION OFF INTERNET,

This constitutes together with records released to a proven and undeniable willful and wanton misconduct an Intentional Motive for the reckless Abandonment of Duty and a voluntary Intentional ACCESSORY TO MURDER failure to exercise ordinary care do prevent a known danger or to discover a danger. DIRECT MALICE (THE INTENT, WITHOUT ANY JUSTIFICATION OR EXCUSE, TO COMMIT A WRONGFUL ACT)

COLORADO LAW 18-1.501

SHOULD BE CHARGED AGAINST EDGEWATER PD LUTHERAN AND CCS. I THE DEFENDANT AS OF 2015 WAS IN PERFECT HEALTH. I THE DEFENDANT HAD 2 STATE CERTIFIED WORK COMP EVALUATIONS AND RATED 5% WHOLE BODY 2 Surgeys RTANKLE. 8 WRIST BOTH ROTATOR CUFFS, Yet ONLY 5% NOW IM TERMINAL.

A ⑤
TOTALITY

2.   Claim Two: _____SEE TOTALITY SUIT_____

   Supporting Facts:

   B claims 1-8

(Rev. 1/30/07)                         5

12:16

(BK 3)

Suit on Jefferson County Courts. (ACCESS TO THE COURTS—
Bounds V Smith 430.US. 817, 819 A, 4, 97 S.CT. 1491, 52L.E2
2d 72 (1977)

LAW Library B   INEFFECTIVE ASSISTANCE OF COUNSEL

AB of counsel w/o Alternative arrangements caused time
to CAPSE on Appeal also. Shows DIRECT RICO & OBFUSCATION
of JUSTICE.

TREATMENT & THERAPY

Due to Denied therapy & treatment. De was unable to
perform as a normal person would be able. Shown
Bed ridden 20 hrs A DAY & . INFACT when Able to
Ambulate could not Stand or EXERCISE or watch
TV MOVIES OR REC ILLNESSES from TERMINAL
MNS caused REACTIONS from inability to write
See or concentrate on regular basis.
Yet is currently therapy or care Ever received
in JCSD or BY CCS or courts w/proof of
Terminal illness caused by Police & medical

TERMINAL ILLNESS has caused a Severe lack in mobility and ability

17:24      To Do legal research and take care of legal obligations
Further the Deliberate Attempts by JCSD CCS &
Courts have Debilitated
Mental illness and Brain injury and memory loss.

PAPIC

Accessorium non ducit, sed sequitur, suum principale
an accessory does not lead, But follows, its principle

WASHINGTON POST
1301 K ST NW
WASHINGTON DC
    20071

AG Cynthia Coffman

RALPH L CARR TJ3 BLD
1300 BROADWAY   10th FL
Denver Co 80203

Prisoners Rights

12.1   Right to access courts most basic Right    9/26

Political
(A)  The most fundamental of all rights because it is preservative of all rights,

(B)  Rights only exist if access to courts is unrestricted

3.2   8th Amend   Estelle v Gamble

THE 8th Amend is not a static provision, but it takes meaning from "the
"Evolving standards of decency that mark the progress of a maturing society"
                        356 US, At 101

9-14-17 START "RICO"

3 CCR   713-18   RULE 280

     P  QUORUM § 12-36-118 (6) CRS


VP OF ACRED STRVS
NAT COMM ON CERT HEALTH
1145 W DIVERSY PKWY
Chicago IC
        60614-1318

    Sep 19 - D.29

NOEL FRANCISCO
SOLICITOR GENERAL
950 PENNSYLVANIA AVE NW
WASH DC 20530

Misconduct, dereliction of Duty, Special malice

_____

9-17.  Give notice to state on current conditions for the Federal contracts

"NOTICES"  ALL BRIEFINGS BY TESO & CCS NOW NOTED AS OBFUSCATION OF JUSTICE
GET FREEDOM OF INFORMATION ACT for formal AG REQUEST ON GRAND JURY


COUNSEL DENIES,   MIRANDA RULE AND THE REQUEST FOR VIDEO OF ADVISEMENT & MIRANDA
MIRANDA RULE FREE     AT HEARING (STATE COURT STILL DENY TO GIVE EVIDENCE OF ADVISEMENT)


     INTENT, MOTIVE

* McNULTYS   MAC ADMINISTRATION [ OFFICIALS ABUSE OF POWER ]


PAP16

2:3 Stand for cert prvs. Rts. violation
Turner V Safley

2:4 4 FACTOR ANALYSIS

2:5 1st Turner factor / The valid rational connection doct
IS THERE A VALID, RATIONAL CONNECTION Between the
restriction. CONTRABAND - ANURYSM - MENTAL HEALTH.

Key * HERE REASONS TO AVOID ARE: arbitrary, exaggerated and pretertual
CIRCUMVENTING..

DOES RESTRICTION MAKE SENSE

2:6 SEARCH FOR ALTERNATIVE MEANS - OF EXERCISING RIGHT AT ISSUE
(which right in violation & how to Get Repaired?) (Most courts are really
Sufficient Substitute                                confused as to
                                                     Interpretation

2:7 Cost of accommodation
Burden on plaintiff to propose alternatives

2:8 The policy is an exaggerated response to a prisons concerns.
- Showing the EXISTANCE OF OBVIOUS & EASY. ALTERNATIVES.
Plaintiff Must show there are OBVIOUS Alternatives to regulation.

2:9 weight ASSIGNED TO 4 Turner FACTORS.
Plaintiffs constitutional rights are so completly abriged by the
prohibition that he is left without realistic alternative methods of
EXERCISING THOSE RIGHTS.

2:10 conclusion Jail/prison walls donot Former barrier separating Inmates
from the protections of the constitution. 928 U.S. 78

EAPIT                                    P 2

Cont—

7:10 conclusion   "Judiciary lacks expertise, planning and commitment of resources" Powers that the legislative and executive branches of gov have to run them.

SEPERATION OF POWERS— policy OF Judicial restraint

SZ
BKA

Bree 482 US. 354-55 ⇓

---

Prisoners Rights   Bell v Wolfish. 441 U.S. 520, '545', 99 S.Ct. 1861 1877.60 L.Ed.2d 447 (1979)   SEE, Turner v Safely 482 US 78 '84' 107 S.Ct. 2254. 2259. 96 L.Ed 2d 64 (1987) ; Jones v North carolina Prisoners labor union of 33. U.S. 1 119.  '129' 97 S.Ct. 2532."2539.40" 53 L.Ed. 2d 629 1977 ﹒  Pell v Procunier 417 U.S. 817,822" 94 S.Ct. 2800 . 2804 41 L.Ed 2d 495 (1974) ; price v Johnson 334. U.S. 266 "285" 68 S Ct 1049. 1060. 92 L.Ed 1356 (1948)  Pell v Procunier. Supra 417 U.S. 822-23 94 S.Ct. at 2809.  Procunier v martinez 416 U.S. 396."412" 94 S.Ct 1800  1810-11. 40 L.Ed 2d 224 (1974)

> 9 3:16

3:3 Estelle v Gamble          Deliberate Indifferent

3:4 Rhodes v Chapman   conditions fall below human decency

3:5 Whitley v Albers - maliciously and sadistically for the very purpose of causing harm

3:6 Wilson v Seiter  cruel & unusual & result of facts culpable by state

18 Br 1

---

3:7 Hudson v McMillian   Standard for use of force.  8th violation.
CAUSED EXTREME DEPRIVATIONS physical force in a
malicious or sadistic manner.

---

3:8 Helling v McKinney  EXPOSURE TO conditions that are demonstrably
unsafe (8th violation) So grave that it violates
contemporary standards of decency do expose a prisoner
to such a risk (8th protects from imminent danger)
as well as present harms

---

3:9 FARMER v Brennan   INMATE on INMATE VIOLENCE 8th.
official knows of and disregards an excessive
risk to inmate health or safety
can BE NEED & SATISFIED BY CIRCUMSTANTIAL EVIDENCE
of an objective nature-
114 S.Ct. 1982-83

---

3:10 Summary for standards in which 8th is violated
ESTELLE, RHODES, FARMER  Prison conditions and practices
Wilson. Subjective & OBJECTIVE  Challenge policy & practices under 8th

RAP19                                    R3

3:11   The OBJECTIVE component   What is cruel & unusual punishment

Hudson & McMillian   physical beating-

8th   practices deemed cruel by contemporary society

Supreme court ruled   it is no longer tolerable for prison conditions
and practices
Practices   to deprive inmates of the "Minimal standards of lifes
necessities

FARMER v Brennan   constitution does not allow inhumane prisons

Wilson v Seiter   STATES RESPonsibility to meet the "identifiable
human needs of inmates [FOOD - WARMTH EXERCISE -
SAFETY   ARE THE ESSENTIALS]

ESTELLE   ADEQUATE MEDICAL CARE

FARMER   protection from physical Abuse

RHENQUIST ✳   EXPLANATION OF ESSENTIALS

WARDS OF STATE  restrained liberty
FOOD  CLOTHING  SHELTER  MEDICAL CARE
and  REASONABLE SAFETY

Helling v McKinney   8th con occure if the threat of actual injury
is imminent and is posed by some environmental
hazard that officials ought to have prevented

R 4

3:11 cont

FARMER v BRENNAN     NO ATTACK NEEDED.    A PERVASIVE THREAT
OF VIOLENCE THAT IF LEFT UNCORRECTED WILL
CAUSE INJURY

Helling—         unnecessary pain prohibited by the 8th const inc
psychological as well as physical pain

√ Pg 94
CASES
BK 1 27-28

---

3:12    what is punishment

Must prove defendants acted w/ malice, deliberate indifference
Does not matter product of design negligence or mere poverty i.e.
they are cruel & inhuman.   Objection to deliberate indifference
standard "no money" does not stand

Key *    3 levels of conduct 1) negligence 2) deliberate
indifference.   3) malice & intentional misconduct

Punishment is not: conditions exposed to that knowledge
can be inferred from objective circumstances;

CLAIM) If a condition is obviously harmful to mental well being of an
inmate, and if it serves no valid penological purpose to impose
the condition, then it is permissible do infer that

R 5

RAP 31

3;12 Court

Claim cont     To infer that the defendant must have known
of the risk and the failure to correct it can
be evidence of the subjective state of mind
of the defendant to be deliberately indifferent.

City of Canton Ohio V Harris 489 US 378,
109 S.CT. 1197, 103 L. Ed. 2d 412 (1989)

Fiacco V City of Rensselaer N.Y. 783 F.2d 319,
20 Fed R. Evid. Serv. 49 (2d Cir. 1986) Patzner
V Burkett, 779 F.2d 1363, 1367 (8th Cir 1985)

Key ✱     Repeated examples of negligent acts which disclose a
pattern of conduct. or systemic or gross deficiencies
in staffing, facilities, equipment or procedures

Claim Summary   Injunctive relief can be granted based on a
finding of institutional deliberate indifference

_____

3;13     Execution —      | ⊖

3;17    SHU. Restrictive Confinement, Abuse of Power
By public officials

Key     Commission on Safety and Abuse in americas prisons.
Confinement Confinement 14 - 2006

RC

RAP >>

3:12 Cont.

MENTAL CARE

ISOLATION offends evolving Standards of decency.
that it constitutes psychological torture. and that it is
excessive because less severe sanctions would be equally
efficacious; have failed

CLAIM SHU, AFTER RELEASE FROM ICJ AND MNR

A Deprivation OF Basic ELEMENTS. Hygiene (Soap
Shower . EXPOSURE to cold , NO EXERCISE NO mattresses
sleeping on concrete slab cold EXCESSIVE NOESE vendenten
unnecessary srveillance . closed front door cells
not only mentaly but physically Plaintiff was
Suffering from MNR CAUSING MNS . RAPID WEIGHT
LOSS . BLOOD CLOT . MAC ABSORPTION . ANEMIC .
shoulder INJURY Blocked Bowels 8th Amd Violation

---

3:18       Hutto V Finney 437 . U.S. 678 . 98 S. Ct 2565 . 57
           L. Ed. 2d 522 (1978)

           Time limit A Segregation

---

3:19   Offense that led do Segregation   8th & 14th .

               DIXON V Goord 224 F. Supp 2d 739 (S.D. N.Y. 2002)

               Punishment disproportionate to offence,

R 7

Dept of Justice

## Access to Courts

1.03

Inmates have right to present any issue.

(1) Challenging the legality of their conviction or confinement.

(2) Seeking redress for illegal conditions or treatment while incarcerated

(3) Pursuing remedies in connection with civil legal problems

(4) Asserting against correctional or governmental authority any other rights protected by constitutional or statutory provision or common law. No inmate is subjected to reprisals reprisals or penalties for seeking judicial relief.

1.05 The law library includes at a minimum, relevant and up-to-date constitutional, statutory and case law materials, applicable court rules, and practice treatises. * Where inmate is unable to make meaningful use of law library alone, the facility provides additional assistance necessary for effective access.

1.11 written grievance procedure    Minimum elements.

(1) an advisory role for inmates and staff in the formulation, implementation and general policy operation of the system.

(2) provision for written responses to all grievances, "including the reason for the decision."

(3) Providing written response within a prescribed, reasonable time limit, with special provisions for responding to emergencies

(4) Provision for review of grievances

(5) Provision for access by all inmates, with guarantees against reprisal

1 DOJ suits

1:11 cont

(6) applicability over a broad range of issues

(7) means for resolving questions of jurisdiction

(8) independent review of disposition of grievances, including alleged reprisals, by a person other than the entity not under the direct supervision or direct control of the institution.

1:14   Each facility develops and implements policies and procedures to provide reasonable access to the general public through the communications Media

2:00   Physical plant
Especially where overcrowding exists, it may be appropriate to review whether population levels properly can be reduced by increased use of pre-trial or post-conviction releasey programs, as well as alternative housing facilities.

2:04   70 SQ FT PER PERSON.

2:07   RATIO CAPACITY, SQ Footage (6c), Sanitary fixtures, and other relevant aspects of physical plant,

2:10   The facility has at least one special purpose cell or Room to provide for the temporary detention of persons under the influence of alcohol or narcotics or for persons who are uncontrollably violent or self destructive.

2:16   kitchen EQUIPment and food Storage facilities should be sufficient for preparation of the necessary quantities of food and high quality Meals.

2:19   maintains an arsenal

2:27   All cells and rooms have natural light and have, at a min. 70 - For detention.

2:28   35 sq ft Per BED DAY Rooms.

2:30   500 Minutes -

3:11   facility Furnishings, including cleanable, non-toxic and Flame retardant matt.

2 DOJ suits

3:11 cont

3:20 LANDRY SERVICES (towel Daily) clothing 3 times a week.

3:22 Shows 3X week

3:23 hair Care Services 1x month

3:24 Soap toothbrush, toothpaste comb, toilet paper.

## 4 Food services -

4:02 All meals meet or ~~exceed~~ exceeds the dietary Allowances stated in the recomended Dietary

4:03 All menues, including special diets, should be planned, dated and available for review at least one week in advance

4:05 Special diets are prescribed by appropriate medical personnel Therapeutic diets should be perscribed by a physician.

4:06 RELIGIOUS BELIEFS DIETS

4:08 2 HOTS & NO MORE THAN 14 hrs Between feeding.

4:13 Clean HEALTHY WORKERS NO COMMUNICABLE DISEASES

## 5 HEALTH CARE

5:01 Final Judgement rest with a single designated responsible physician licensed & certified.

5:02 NO RESTRICTIONS IMPOSED BY FACILITY

5:03 Quarterly Reports —

5:04

Receiving Screening: HEALTH APPRAISAL DATA COLLECTION; Non—emergency medical services;

Emergency Medical and Dental Services; Deciding the emergency nature of illness of injury; Dental Screening, hygiene, examination & treatment, medical/dental Prostheses

~3 DOJ Suits

5:04 cont

# Cont; DOJ STANDARDS

* NOTIFICATION OF NEXT OF KIN, legal Guardian or other designated representative, in case of serious illness, serious injury or death.

① Providing chronic care.

② Providing convalescent care;

③ Providing medical preventive maintenance;

* Screening, referral and care of mentally ill and retarded inmates;

① Implementing the special medical program;

② delousing procedures;

③ detoxification procedures

④ Pharmaceuticals;

⑤ periodic laboratory and medical re-examinations

5. 05

* DESIGNATED RESPONSIBLE PHYSICIAN AND THE CHIEF EXECUTIVE OFFICER

5.06

FEDERAL & STATE LICENSING, CERTIFICATION AND REGISTRATION for All HEALTH CARE PERSONNEL PROVIDING SERVICES TO INMATES.

ALL MUST MEET REQUIREMENTS UNITED STATES PUBLIC HEALTH SERVICE COMMISSION CORPS

ORDER

5.07

written JOB Description's

4 DOJ STAND

Const; DOT Standards
5.08

written standard direct orders signed by the physician
in charge of care.

LOOK  A STANDING ORDER

definitive treatment of Identified conditions, OR
Charge of Known DEATH THE VERY FACT THAT
DAMAGE EXISTS & THEY PLAY PROBABILITY OF
SUIT. THEN Cover up THE CLAIM & DENY

5.09

OK
5.10

MANUAL OF nursing care procedures. Infirmary
Services. physician on call 24 hr Day or A
ph Assistant directs nursing care

5.11
OK
5.12

24 hr Emergency & Dental care -

5.13

First Aid Kits.

5.14

De loosing procedures -

5.15

Big Health Appraisal data collection: IN 14 DAYS —
Review or Screening - Additional data. do complete
the medical, immunization and mental heath history. Lab and
diagnostic tests. to detect communicable diseases.
Whine-Records Held
S. INT Suter

1. LEGAL ACCESS

2. GRIEVANCES

3. BAND AID

4. MENTAL HEALTH

5. LEGAL LOG MAIL

6. NEWS MEDIA

7. SANITARY

8. LAW LIBRARY

9. MATRICES

10. TV –

11. DENTAL

12. DENIAL OF THERAPY

13. RETALIATION

14. BLOCKING MAIL

15. NO MAIL LOG

16. MURDER

17. RICO

18. LIARS

You will learn to investigate what I have told you. If you would have responded correctly I would not have burned your office. 3 sniper shots now proven. Yet you still refuse to accept the results. Your now biased. You could not pick up the phone, yet you could sit beside me in the cigar bar, follow me from state to state and attempt to ascertain my exact character. (The Play) What I've done, was never a question, who I know is.

I move from circle to circle. Yet my life was a full attempt at normal. Alpine, waste & disposal. An $80,000 a year job. Plus advanced architectural building 2 complaints in 22 years of service. Everything I own stolen 3 times. & you refuse to listen. Cops lying setting me up & you refuse to listen. Files your very records of me from Iowa state attorneys office stolen, & given out. Your people and their people both on me at the same time. Investigator took photographs at walmart 70th Sheridan & I pulled you to 58th then commerce city. How many states & I'm yet to give you one contact. Yet taken you to all my open cases. Door to door.

Now do you know who I am. Your pigs murdered me. With lies — followed me till crazy enough to call for help, after begging for you to stop — now your stuck here & with me for duration of Moore's play

MEDIA — NEWS

Summary on § 6:5   THORNBURGH v ABBOTT 490 U.S. 401,
109 S.Ct. 1874, 104 L.Ed. 2d 459 (1989)

ALL NEWS PUBLICATIONS DENIED IN JEFFERSON COUNTY
JAIL. NO NEWS OR MEDIA SUBSCRIPTIONS ALLOWED.
THIS KIND OF CENSORSHIP FITS NO PENOLOGICAL OR
SECURITY INTREST IN JEFFERSON COUNTY JAIL.

Summary on § 6:6   SHAW v MURPHY 532 U.S. 223, 221 S.Ct.
1475, 149 L.Ed 2d 420 (2001)

PRISONERS MEANING OF PROVIDING JAIL HOUSE LAWYER
UNDER FIRST AMENDMENT   DIFFERENTIAL TO TURNER OR
THORNBURGH RELATED LEGAL ASSISTANCE PROVIDED BY
INMATES, KEY LEGAL! CONTENTS OF COMMUNICATION.

Summary on § 6:7   BEARD v BANKS 548 U.S. 521, 126 S.Ct. 2572
(2006)

BOTH THORNBURGH AND SAFLEY CLEARLY ENTITLED BY THE
1st AMENDMENT PROTECTION, THERE IS NO PENOLOGICAL INTEREST
ON PRE-TRIAL DETAINEES DEPRIVING THEM MEDIA & NEWS
SPAPERS TO PUNISH THOSE YET UN CONVICTED. FURTHER IT
IS PROVEN TO HAVE NO SECURITY INTERESTS AT HEART DUE
TO ALL OTHER STATES AND COUNTIES ALLOW THESE SOURCES —

JCSO
1 SUMMARY
JUDGEMENTS

(24)

Summary § 6.11  POLITICAL MATERIALS.

Grass Roots Advocacy & Prisoners Rights groups.

THOMAS V U.S. SECRETARY OF DEFENSE, 730 F. Supp. 362

(D. KAN. 1990)   PRISON LEGAL NEWS.


Summary § 6.13 CATALOGUES

Prison legal news √ lehman 397 F.3d 692, 33 MEDIA L.

Rep. (BNA) 1310 (9th Cir 2005)   ARE "COMMERCIAL SPEACH"

Supreme Court held Entitlement to 1st Amd protected

ALLEN √ Higgins. 902 F.2d 682, 684 (8th CIR. 1990)


Summary § 6.14  DUE PROCESS KRUG √ LUTZ, 329 F.3d 692 (9th

CIR 2003) Liberty INTEREST  Including right to Appeal

Keep to     ( 4 CIR  Montcalm Pub corp √ BECK  80 F.3d 105, 109, 24
get published (
To sue for  ( Media L. Rep, (BNA) 1665 (4th Cir 1996)
ACCESS

BK 4
<u>ACCESS TO MEDIA</u>

CHAPTER 15:2 your plight, can one find media that will see the measure of damages. The injury suffered being now terminal that life liberty & the pursuit of happyness is what's now Lost. In 1972 THE LAST TO DIE ABCOS perpetoities, so what value is my life, $80,000 year job. only 5% whole Body disability now terminal.

THE MMI MAXIMUM medical improvement IS NOW MY DEATH. YET 6 months before MNR & Lying COPS HAD ME MURDERED I WAS TOTALLY 95% & 30% ABOVE ALL MEN AT MY CURRENT AGE IN physical Abilities, & NONE MAJOR SURGERIES 3 WORK COMP Yet 5% AND NO MEDS. Now I'm Dead and dying —

MY RESOLVE TO INFORM THE PUBLIC OF THE VARY CONDUCT OF THE GOVERNMENT IS CLEARLY FRUSTRATED. motivated by a desire to conceal the M-1 and Further the lack of treatment recieved after 5 Days in ICU. NOT only do block public Scrutiny but to deny Access to Socral media and courts.

COURTS HAVE PROVEN 100% THEY HAVE NO INTENTION OF Allowing reversal or Impeachment. Further they now show to hold the constitution at arms length and continue to deny EVIDENCE, Appeals or testimony. McNULTYS open courtroom decision "OH I THREW IT OUT " on "Appal For removed EXCULPATORY EVIDENCE"

TSK H

ACCESS TO MEDIA

S.Ct. Open court rooms. to prevent state oppression of individuals who face criminal sanctions.

Keys Challenges to discriminatory denials of the right to access.

16:15
Manage must of property

ATTACK on WOODFORD & King ✓ Fed Bureau of Pris. 415 . F.3d
634 (7th Cir. 2005) § 415 F 3d at 634

OWNERSHIP RIGHTS - RIGHTS TO ACCESS w/o the JAILS
" YOU HAVE TO GET FAMILY OR ATTORNEY TO DO THAT " FAMILY IS
NOT INCARCERATED. MISdescription of law that has been
used to deceive ,injure & Mislead incarcerated party.

S.Ct
Particular
Malices
Keys 277
property

12

16:16 S.S.. W.C. pensions —
16:17 S.S. & veterans Benefits.
REINNOICETATION PROGRAMS —

(27)

# ( 1 ) CLAIM

1 (a)  MURDER BY MISREPRESENTATION OF CHARGES.
SEE; INJURY A (1) & (2) FACTS. 1 (A)

2 (a)  REFUSAL TO ALLOW SUBSTANTIATION OF CLAIMS.,
SEE; DENIAL B (1) B (1) (2) FACTS  2 (A)

3 (a)  ILLEGAL USE OF M-1 TO COVER UP LAW SUIT  ON
EDGEWATER PD AND CITY COUNCEL D (A) BURDEN OF
PROOF - D 6.   D (A)

4 (a)  REFUSAL TO ACT ON JEFFERSON COUNTY SHERIFFS DEPT
INTERNAL AFFAIRS ON FILED CLAIM. 4 A 1 ~ 2

5 (a)  SUBJOINED PERJURY BY PUBLIC DEFENDER AND REFUSAL
TO RESPOND TO ADDRESS EVIDENCE OF PRE-MEDITATION.
SC (A)

6 (a)  REMOVED EXCULDATORY EVIDENCE ON EDGEWATER PD AND
LAKEWOOD PD

7 (a)  DENIED ELEMENTS OF CRIME CHARGED AND ADVISEMENT
ATTEMPT TO FORGE ADVISEMENT PAPERS ON PART OF COURT

1 @ Claims

INJURY

CONCRETE; (1) DEATH, death is due to misrepresentation

by Edgewater PD officers to EMERGENCY ROOM DR AT

LUTHERAN HOSPITAL. (B) Particularized", Fraudulent misrepresentation

of charges. "Arrested multiple automatic weapons, has access

to more auto-matic weapons, threaten to kill police, wife, family.

EXPECT charges Attempted homicide , prior felon with a Firearm."

(Actual INNOCENCE PROVEN BY EVIDENCE) Cause and prejudice

Due to law suit on City Concel and Edgewater PD.

(C) ACTUAL; (1) ATTESTED by DR AT LUTHERAN NEVER WOULD HAVE

GIVEN INJECTION WITHOUT M-1 (2) Perjury on part of

witnesses and Police in M-1 (3)  NO ADVISEMENT

(4) Subjorned Perjury Allowed. (5)  INVOLUNTARY PLEA

(6) DEATH, MURDER OF PETS, LOSS IN AMOUNT EXCEEDING 6

INJURY (A) 1

INJURY CONT

$720,000.00 , DANGER TO FAMILY, LIBERTY AND

PROVEN INNOCENCE. (D) IMMINENT (A) PENDING

THREATS, RETALIATION, PROPERTY LOSS, FAMILY, WORK,

POLICE CONTACTS (B) REFUSAL TO TREAT, ANEURYSM, MNS,

PROVIDE TESTING, MEDICATION, THERAPY, FORCED SEDENTARY,

REFUSAL TO ALLOW ACCESS TO MEDICAL RECORDS. REFUSAL

TO FOLLOW DRS ORDERS. DIET ORDERS, OR ACCESS GUIDLINES

FOR TREATMENT, DENIED GUIDLINES FOR CARE AFTER

RELEASE FROM ICU FOR MNR 13 DIRECTIVES IGNORED.

CAUSE AND PREJUDICE STANDARD "IMMINENT DEATH"

IGNORED. MISCARRAGE OF JUSTICE, CONSPIRACY,

OBFUSCATION. "RICO" DENIED ACCESS TO CAUSE OF

DEATH. DISCOVERY & ELEMENTS OF CRIME.

INJURY (A) 2

1 CLAIM 2(a)

2(a) REFUSAL TO ALLOW SUBSTANTIATION OF CLAIMS.

CONCRETE (a) MALICIOUS KILLING; an intentional killing

without legal justification or excuse using a misdescription

of charges and adding particular malice by claiming acts

which never occured. THE M-1 IS A MALGREE DOCU-

MENT, in effect an absolute power against liberty.

1(a) Physical INJURY RESULTING IN TERMINAL ILLNESS

BY INJECTION ILLEGALLY CIRCUMVENTING LIBERTY, THE

VERY FACT THAT THERE REMAINS A CONSPERACY TO COVER UP

CASES. IS INFACT DEHABILITATION. (a)(2) MENTAL, PHYSICAL

AND EMOTIONAL STATUS CONTINUING DETERIORATION, , (B) (2) (a)

A VIOLATION OF DERIVATIVE RIGHT TO TREATMENT AND

THERAPY TO ~~ADDRESS~~ AVOID STULTIFYING ENVIRONMENT. THE

(1) CLAIM 2(a)

# 1 CLAIM   2(a)

CONT; DENIAL OF THERAPY, BLOOD TESTS. EMG, MRI

CAT-SCAN'S HAS PROVEN "A TYPICAL AND SIGNIFICANT

HARDSHIP" THIS SUPPORTS THE CLAIM 2a(3) "LIBERTY

INTEREST" (TO BE FREE FROM CRUEL AND UNUSUAL

TREATMENT) BOTH COURTS AND JCSO REFUSAL TO

ACKNOWLEDGE SUBSTANTIATION OF CLAIMS OR REDRESS

BY GRIEVANCES OR APPEALS PROVES "RICO"

(c) ACTUAL; TESTIMONY. WRITTEN CLAIMS. AND DIAGNOSIS

PROVIDING RECORDS, DRS ORDERS, BLOOD TESTS, FORMS,

FILES. VIDEOS. E-MAILS, TEXTS. EVALUATIONS.

IMMINENT; DEATH. TOOLS OF TRADE, C(1) JCSO, COURTS AND

PUBLIC DEFENDERS RUNNING INTERFERENCES FOR M-1

AS NOTED THE GESTAPO OF ESTOPPEL BARING

ACCESS TO MEDICAL, NEWS. COURTS. CORRESPONDENCES.

(2)   1 CLAIM 2(a)

2  1 CLAIM 2a

CONT) JAIL BARS GRIEVANCES W/THREATS AND

CURSORY CIRCUMVENTING DENIALS OF CLAIMS. THUS

DENY ACCESS TO COURTS, LAW SUITS. CIVIL SUIT

COMPLAINTS TO MEDIA "UN CENSORED CORRESPONDENCE

IS NOT ALLOWED TO MEDIA TV, NEWS." THIS ESTOPPEL

PROVES DUE PROCESS & FREEDOM OF SPEACH VIOLATIONS.

JCSO AND JEFFERSON COUNTY COMBINED COURTS HAVE

CONTINUALLY VIOLATED ACCESS. DENIED OUTSIDE ASSISTANCE

AND REFUSED ACCESS TO FILES, COPIES, PAPER, RESEARCH,

RELEASES. HOLDING COPY REQUESTS FOR 2 WEEKS NOW

THUS BARRED ACCESS TO FILE WITH THE COURTS.

THE PLAINTIFF HAS BEEN HARRASSED, INTIMIDATED, AND

MURDERED BY POLICE. YET THE COURTS DRAG

A CLOAK OF JUSTICE DENYING RELIEF-

3 claim 2a

FACTS

JCSO   SUMMARY   JUDGEMENT   REQUEST   (LEGAL)

LEGAL ACCESS。 EVIDENCE IN THE FORM OF KITES (INMATE REQUEST FORMS) HAS BEEN SUBMITTED TO THE COURTS. JCSO HAS NO WRITTEN POLICY ON LEGAL SUPPLIES FOR INDIGENT PRO-SE LITIGANTS. THEREFORE DENYS ALL THE REQUESTS FOR MATERIALS (BOUNDS 430 US 822) GIVING ADEQUATE, EFFECTIVE AND MEANINGFUL。 PER LAW REQUIRING REGULATIONS TO BE IN WRITING. A SUMMARY IS REQUESTED ON 4 COUNTS (1) COPIES (2) MAIL (3) RESEARCH (4) SUPPLIES.

(BOUNDS 430 U.S. 825) DENIED ACCESS CAUSED LAPSE IN ABILITY TO FILE TIMLEY 1988 AND SUIT ON ISSUES。 IF A TIME BAR IS NOW REQUESTED JCSO SHOULD BE LIABLE FOR FULL AMOUNT OF LAW SUIT DUE TO ILLEGALLY BARING ACCESS (BOUNDS 430 US AT 826)

FACTS 1 (A)

DENIAL B (1)

CONCRETE; CHARGES A,(1) as M-1 DO NOT MATCH THE

SUMMONS AND COMPLAINT. DR IN LUTHERAN AND

OFFICER FROM EDGEWATER DO NOT ALLOW DEFENDANT

TO SEE M-1 OR HEAR WHAT BEING SAID OR

CHARGED WITH, A,(2) M-1 WAS NOT DISCOVERED BY

DEFENDANTS ROB ALLEN PATTERSON UNTIL SENTANCED

WITHOUT ADVISEMENT. TO COLORADO MENTAL HEALTH

INSTITUTE AT PUEBLO FOR RESTORATION. AND HIS

(ROB PATTERSONS) REFUSAL TO COMPLY UNTILL HE

COULD REVIEW MEDICAL RECORDS AND FIND OUT

WHAT ACTUALLY HAPPENS AT LUTHERAN HOSPITAL

CAUSING HIS DEATH, A,(3) ALL PUBLIC DEFENDERS

AND JUDGES ALONG WITH DA HAVE REFUSED TO

DENIAL (1)

DENIAL B (1)

A, (3) CONT; ACKNOWLEDGE OR ALLOW DISCOVERY

OF IMPEACHING EVIDENCE ON EDGEWATER PD.

POB ALLEN PATTERSON'S RESIDENCE 1852 DEPEW HELD

NO WEAPONS. SIDEWINDER STORAGES HELD NO

WEAPONS. NO DID ANY VEHICLE'S UNDER HIS

CONTROL.

B, (1) Particularized; THIS CONSPIRACY TO COVER

UP CAUSE OF DEATH AND SUBSEQUENTLY THE NOW

TERMINAL MNS WERE INTENTLY PROVEN. THE

VERY FACT REMAINS TO THIS DAY THE COURTS STATE

IT HAS NOTHING TO DO WITH THE CASE. (THE TOTAL

DISREGUARD TO ACTUAL INNOCENCE PROVEN BY EVIDENCE)

THIS PERJURY AND Prejudice, DENIED EXCULPATRY AND

ADVISEMENT PROVE INTENT, "RICO"

DENIAL (2)

DENIAL B (1)

CONT'; B(1) PARTICULARIZED (2) PROOF OF Substantial

MISREPRESENTATION CAUSING DEATH. PROOF OF DENIAL

OF CLAIMS OF INNOCENCE. CAUSING FURTHER INJURY,

"CCS" CORRECTIONAL CARE SERVICES RECEIVED "IS"

ICU DIRECTIVES ON CARE FOR MNR. MALIGNANT

NEUROLEPTIC REACTION. ALSO COPY OF M-1 STATING

ARRESTED "MULTIPLE AUTOMATIC WEAPONS HAS ACCESS TO

MORE AUTOMATIC WEAPONS, THREATENED TO KILL POLICE

WIFE AND FAMILY. EXPECT CHARGES ATTEMPTED HOMICIDE

PRIOR FELON WITH A FIRE ARM." DUE TO THIS M1 AND

RICO CONSPIRACY TO COVER UP, A REFUSAL TO TREAT

AND TOTAL DISREGUARD TO CONDITIONS TOOK PLACE.

THE M-1 AND MNR WAS HIDDEN FROM DEFENDANT

AND ALL MEDICAL CARE WAS DENIED UNTIL

DENIAL (2)

DENIAL B (1)

CONT   B(1)(2)   TESTING PROVED INJURY AT CMHIP

PUEBLO.  DEFENDANTS SUFFERED FROM INTESTINAL

BLOCKAGE.  MAL-ABSORPTION.  ZERO VIT D.  AND

ANEMIA,  FURTHER SHOULDER INJURY TESTING AND

THERAPY DENIED UPON RETURN.  SPECIAL DIET ALSO

DENIED.  MEDS DENIED.  TO THIS DATE STILL

NO SUBSTITUE FOR LACTOSE OR TREATMENT AS

DIATARY DIRECTED   OR   THERAPY ON SHOULDER.

ACTUAL;  B1 (3)  DUE TO DENIAL OF CARE AND DISREGUARD

TO AQUIRED MEDICAL CONDITION.  DEFENDANT IS

NOW TERMINAL.  MENTAL HEALTH REFUSES TO DO

CONSULT AND. ✳ YAIC HAS BLOCKED ALL ACCESS

TO GRIEVANCES OR COUNSELING ON ISSUES. B1

(4)

X-RAYS.  LABS.  CAT-SCAN.  ALL PROVE INJURY.

DENIAL (4)

# Denial B(1)

CONT; B(1) (4)   CCS DID NOT EVEN ATTEMPT TO

COMPLY WITH STANDARDS FOR CARE AND DID

TOTALLY WITH INTENT TO COVER UP ILLEGAL

MURDER BY EDGEWATER PD AND LUTHERAN

HOSPITAL DENY ALL ACCESS TO TREATMENT.

IMMINENT; B (2) (1)   ADVISEMENT DENIED.

CANNOT DEFEND ONESELF .OF CHARGES NO ELEMENT

OR TYPE KNOWN,   DEATH DENIAL OF CARE BY

CONTINUED REFUSAL TO TREAT KNOWN MEDICAL

CONDITIONS. M.N.S. NERVE PAIN, ANEMIA. LACTOSE.

COGNITIVE FUNCTIONS DETERIORATED SINCE ONSET.

B(2) (2)   PROPERTY LOSS - WORK - POLICE CONTACTS - FAMILY

RETALIATION - DEATH - CRUEL AND UNUSUAL MENTAL &

PHYSICAL CONDITIONS WORSENING.

DENIAL (C)

THE BURDEN OF PROOF

D(1) IMMINENT; DEATH DUE TO M-1. FACTS

THE MISREPRESENTATION OF CHARGES TO EMERGENCY

ROOM DOCTOR. NO DISCUSSION OF ALLEGATIONS OR

TYPE OF CHARGE. NO CHANCE TO QUESTION DRUG

BEING GIVEN OR TYPE OF DRUG- KEY ✳ ;

THE ADMINISTRATION OF A KNOWN ANTI-PSYCHOTIC

HALADOL WOULD HAVE BEEN REJECTED AS THE

KNOWN ANTI PSYCHOTICS ALL HAVE ALLERGIC

REACTION TO ROB ALLEN PATTERSON. DUE TO NOT

GIVING NOTICE , A MALIGNANT NEUROLEPTIC

REACTION OCCURES . KILLING ROB ALLEN

PATTERSON . TRANSFERED TO ICU 5 DAYS

ON LIFE SUPPORT . THE UNTREATED SYMPTOMS

OF M.N.R . TEMP - BLOOD CHEMESTRY . ARE

THE BURDEN OF PROOF

D(1) IMMINENT;

THE REASONS THAT THE 'MNR' TURNED INTO "MNS." MALIGNANT NEUROLEPTIC SYNDROME. THE FATAL VERSION OF THE REACTION. (1) THE THIRTEEN '13" DIRECTIVES GIVEN TO "CORRECTIONAL CARE SERVICES" "CCS" AT JCSO JEFFERSON COUNTY SHERIFFS OFFICE, THE FACT THESE WERE IGNORED LED TO THE COMPLICATIONS AND DELUSIONS, WEIGHT LOSS OF OVER 20# IN 2 WEEKS AND BOWEL OBSTRUCTION. CONSTANT RECTAL BLEEDING, BLOOD CLOT IN LEFT ARM. DENIED MONITORING OF VITALS OR PROPER DIET AFTER ARRIVAL

(2) BURDEN PROOF

CONT; THE BURDEN OF PROOF

D (2) IMMINENT;

DENIAL OF ARRIVAL WEIGHT, ANEMEA, AND

SUBSEQUENT SEIZURES AND BRAIN DAMAGE.

D (3) AT NO TIME DID MEDICAL DEPT

JAIL, JUDGES, DA, PUBLIC DEFENDERS

ORDER, ATTEMPT OR DIRECT CCS CORRECTIONAL

CARE SERVICES TO PROPERLY TREAT ROB ALLEN

PATTERSON'S AQUIRED MEDICAL CONDITION.

FACT; RETALIATION DURING COURSE OF LITIGATION

Rob Allen Patterson IS ORDERED TO BE SENT TO

"CMHIP" COLORADO MENTAL HEALTH INSTITUTE AT

PUEBLO. CMHIP FINDS, INTESTINAL BLOCKAGE

AND THAT FOR MONTHS ROB ALLEN PATTERSON WAS

DAILY GIVEN IMODIUM OUTSIDE OF THE

(3) BURDEN PROOF

# THE BURDEN OF PROOF

D (3) Cont;

FDA & DRUG MANUFACTURERS GUIDELINES - FACT;

THIS AGAIN PROVIDES PROOF OF ATTEMPTED AND

CONSPIRACY TO MURDER. THE DRUG IMODIUM

IS ONLY A LIMITED PERSCRIPTION DRUG.

THE CONSTANT USE CAUSED INTESTINAL DAMAGE

AND COMPLICATIONS - (PROVEN BY TESTS AT CMHIP)

FINAL JUDGEMENT FOR CARE RESTS WITH A SINGLE

RESPONSIBLE PHYSICIAN (CCS & JCSO REQUIREMENT)

NO REVIEW OF CONDITION -MNR- RESULTING

IN FATAL MNS.

D (4) THE ACTS HAVE CONTINUED, CONSTANT AND

DIRECTED DEHABILITATION BY DENIAL OF THE

MEDICATION'S PERSCRIBED. LACTOSE INTOLERANCE.

4 BURDEN OF PROOF

THE BURDEN OF PROOF

D(s) CONT)

THE MOST DEHABILITATING PART IS THE ISSUE OF MY MURDER. THE COVER UP OF SAID M-1 AND THE TIME IN ICU THEN NO STABILIZATION BEFORE TRANSFER & DENIAL OF 13 INTENSIVE CARE DIRECTIVES FOR MNR.

D(s) DENIED THE ACCESS TO ADEQUATE CARE AND EFFECTIVE COUNSEL OR JUSTICE THE PLAINTIFF HAS BEEN FORCED TO COMMIT SUBORNED PERJURY. ACCEPT ILLEGAL DUE PROCESS AND BEEN SUBJECTED TO DISCOVERY MISSIONS LED BY DA JUDGE AND POLICE TO FIND OUT EXACT PURPOSE OF PLAINTIFFS GOVERNMENT WORK AND WHAT FILES CONTAINED. TOTAL DISREGUARD TO FACTS VIDEO'S EMAILS TEXTS AND PRIOR REPORTS TO INTERNAL AFFAIRS ON EDCGNULTAR PD AND TASK. IN NO WAY DID COURTS OFFICERS

& BURDEN OF PROOF

THE BURDEN OF PROOF

D(1) CONT'D

ATTEMPT TO SEEK JUSTICE. "RICO" WAS THE ONLY INTENT. RELIEVING ME OF MY RIGHTS, & TOOLS OF TRADE TO MAKE A LIVING. I.D. PHONE, CAR, TRUCK. ALL PAPER WORK. BUSINESS ADVANCED ARCHITECTURAL TECH. RECORDS, CLOTHING. EVEN MY PETS GONE.

THERE NEED BE NOTHING ELSE. I'VE BEEN REDUCED TO ZERO. A PEN AND PAPER. SUB-HUMAN.

I SEEK GRAND JURY. I SEEK A "RICO" DETERMINATION OF THE INVOLVED PARTIES AS THESE AFOREMENTIONED ARE FACTS NOT FICTION. THESE PERSONS MURDERED ME TOOK MY LEGAL RIGHTS AND TRIED TO COVER UP WHO I AM.

(6) BURDEN OF PROOF

REFUSAL TO ACT

3(a)    D(A) 1

ALL LEADING TO FILED MOTIONS, LETTERS AND REQUESTS

FOR RELIEF EVEN OUTBURSTS IN COURT OVER THE OBVIOUS

MIS-REPRESENTATION OF FACTS.    "RICO" PROVEN

4(A)(1)

THE JCSO INTERNAL AFFAIRS DEPT WAS CONTACTED IN

ADVANCE OF ARREST 4 MONTHS.  DUE TO ILLEGAL ACTS

BY CITY COUNSEL AND EDGEWATER PD. ALSO PROVEN

BY CALL INTO LAKEWOOD PD FOR STAND BY TO ASSIST

ON EDGEWATERS ILLEGAL ARREST AND COVER UP OF

EXCULPATORY EVIDENCE.

→ 4(A) (2)

AFTER REPEATED ATTEMPTS TO CONTACT INTERNAL

AFFAIRS, EVEN REQUESTING A GRIEVANCE ON SUCH JCSO

WAS DENIED ALL CONTACT, COURTS REFUSE TO VACUATE

I (4A1)  Refusal to act

REFUSAL TO ACT

4a(2) CONT;

CLAIMS OR ALLOW CONTACT INTERNAL AFFAIRS,

"RICO" ALSO LETTERS WRITTEN DIRECTLY TO

JCSO INTERNAL AFFAIRS. "RICO" EVERY ATTEMPT

TO VALIDATE CLAIMS. INNOCENCE - REMOVED BY

COURTS DA. JUDGES PUBLIC DEFENDERS AND

JEFFERSON COUNTY INTERNAL AFFAIRS - "RICO"

≤ (a) 1

SUBJOINED PERJURY FACT YET THE PUBLIC

DEFENDERS REFUSE ANY AND ALL ATTEMPTS TO APPEAL.

NOT EVEN ONCE TO VALIDATE CLAIM OF MURDERED

PETS. EVEN AFTER NEWS HAVING PROOF ON FACE—

BOOK BY KANDACE (WIFE) STATING YOULL NEVER

KNOW WHERE THEY ARE (MY BABIES) YOU LET

HER MURDER —

3 (4A1) REFUSAL TO ACT

A2

THE   SUBJORNED PERJURY

5@ CONT!

CLEAR HARRASSMENT. CLEAR MURDER. CLEAR DURESS

DURING SUBJORNED PERJURY FORCED BY NOT

BEING ALLOWED NO CONTEST OR ALFORD (NOT

ALLOWED IN JEFFERSON COUNTY.) YET PUBLIC

DEFENDERS STILL IGNORE. DA STILL IGNORES

AND JUDGE DENIES HAS ANYTHING TO DO

WITH THE CASE. A PINKY TOE 493

DAYS 300,000 IN TOOLS. EVERY PIECE OF

EQUIPMENT I OWNED. STOLEN BY WIFE

AND POLICE. MY MURDER COVERED UP

"RICO"

GRAND JURY CANNOT BE DENIED. JUSTICE

MUST BE FOUND. IVE BEEN REDUCED TO A

PEN & PAPER

3 8 (a) Subjorned perjur

A3

THE SUBTORNED PERJURY

5(a)(2) (cont)

PEN AND PAPER, ADDRESSES AND #'S. YET YOU HAVE

A TOTAL OF ZERO. IN FACT YOU BASED YOUR WHOLE

CASE ON A WOMAN WHO SCREWED 160 + OFF THE

INTERNET. FROM ADAM INGRAM to JASON DeVRIES -

EVEN A FEW OF THE POLICE, YET YOU DENIED MY

RIGHTS. MY PROPERTY, AND ALLOWED MY PETS TO

BE MURDERED. DO YOU ACTUALLY THINK I WILL

EVER QUIT? SUBTORNED PERJURY ON THE

VERY FIRST CASE. PROVEN 100%. DURESS 100%

PROVEN I TOLD PUBLIC DEF SHE THREATENED TO KILL

MY BABIES. I PLED BECAUSE NO CONTEST ‡

ALFORD DENIED. ‡ SHE WAS STILL ALLOWED

TO MURDER MY BABIES & RIP ME OFF.

4 5(a) SUBTORNED PERJURY

A 4

EVIDENCE
REMOVED EXCULPATORY

6 (a) (1)

REMOVED EXCULPATORY EVIDENCE ON EDGEWATER AND

LAKEWOOD PD. VIOLATIONS OF DUE PROCESS AND

CRUEL AND UNUSUAL TREATMENT, OBFUSCATION OF

JUSTICE, DEATH, MURDER, RETALIATION PROPERTY LOSS

FAMILY, WORK. DENIED APPEAL, ADVISEMENT, IMPEACHMENT,

AFFIRMATIVE DEFENCE.

CAUSE; PREJUDICE DUE TO HISTORY, (IGNORED) REMOVED

VIDEO, TEXT, EMAIL, WITNESSES, TESTIMONY,

※ 6a(2)
TESTIMONY, STATEMENTS BY NEEBORS. LYNN, DON.

DEITY, NEVER IN DISCOVERY, FACTUAL ALLEGATIONS

THAT ATTACKS TOOK PLACE PUEBLO CO WEEK BEFORE IN

DENVER & LOCAL PUEBLO PD ON CR 1812 E ABRIENDO

ALSO HIDDEN FROM PLAINTIFF "RICO" AGAIN

1   6a REMOVED EXCULPATORY

EVIDENCE

REMOVED EXCULPATORY

6a(2) Cont;

DISTRICT ATTORNEY SENT APPEAL, PUBLIC DEFENDER

SENT APPEAL, DISTRICT COURT JUDGE McNULTY,

COUNTY JUDGE MOORE, SPECIFICALLY STATING I

WAS FORCED TO PLEA # EXCULPATORY EVIDENCE WAS

REMOVED "DENIED" AGAIN RICO IS

PROVEN ___ 100%.

6(a)(2)

REQUESTS FOR RECORDS FROM EDGEWATER #

FROM LAKEWOOD PD DENIED. REQUESTS FOR

CONTACT WITH EYE WITNESSES DENIED. REQUESTS

TO GET TEXTS - E-MAILS, VIDEOS, AND DIRECT

EYE WITNESS ACCOUNTS DENIED. PROOF OF

THREAT TO SET ME UP AND MURDER MY PETS

DENIED. TESTIMONY "WE LIED" DENIED

2    6(a) REMOVED EXCULPATORY

EVIDENCE

Removed Exculpatory

6 a (3) Cont!

Deborah Barnett testified " He is going to

tell them the truth" "We lied on the affidavits"

Judge Moore Ruled " It has nothing to do

with this case" (Really) Subjorned Perjury

Because threat to kill pets (now murdered and

admitted to on Facebook) Hidden eye witnesses

testimony removed, (Really) appeal, hearings,

motions, letters, requests all DENIED.

Every Avenue to prove Innocence Denied

RICO

Request for Grand Jury, still

WAITING

3   6(a) Removed Exculpatory

2) CLAIMS -

Gillis V Litscher 468 F3d 488.   STRIP SEARCH

LEGAL ACCESS.   MIN SECURITY INMATES ARE NOT STRIP SEARCHED

UPON ARRIVAL.   SOME GUARDS ACT INDIFFERENTLY TO ATTORNEY

VISITS AND CONDUCT STRIP SEARCHES BOTH WAYS.   THATS ON

THE WAY OUT AND THEN WHEN RETURNING FROM ATTORNEY

VISIT.   TOTAL STRIP $ BENDOVER COUGH.

I'M SURE THAT HERE THERE SERVES NO SECURITY INTEREST

TO STRIP ON WAY OUT TO ATTORNEY VISITS,   THESE ARE

ACTS OF RETALIATION AND TRYS AT DENYING ACCESS TO

BRING OUT LEGAL MATERIALS TO ATTORNEY.   UNDER BELL

WOLFISH   NO PUNNISHMENT FOR PRE-TRIAL DETAINEES -

2) CLAIMS.

Rights to access the courts. HERE IT SEEMS
THE Constitution is still under question of being a
valid right for persons incarcerated.

(1) NO LEGAL MAIL LOG.

(2) NO GUIDELINES FOR LEGAL MAIL.

(3) NO COPIES OR ACCESS TO COPIES.

(4) DENIAL OF GRIEVANCES —

(5) NO INSTRUCTIONAL MATERIAL ON LAW LIBRARY.

(6) mailings repeatedly sent to incorrect court house.

(7) NOTARY DENIED.

(8) REFUSAL TO SIGN COURT ORDERED DOCUMENTS.

(9) REFUSAL TO GIVE COURT ORDERED ACCESS.

(10) NO UP TO DATE LEGAL BOOKS OR Supplements.

2

## B) CLAIMS

DIET, FOOD SERVICES - MEDICAL THERAPUTIC DIETS. INDIFFERENCE TO MEDICAL NEED. DENIAL OF MEDICALLY APPROVED DIET.

(1) Portions As ORDERED NOT GIVEN BY WEIGHT

(2) SPECIAL DIET TRAYS LESS THAN NORMAL PORTIONS.

(3) SNACKS NOT SEALED FOOD UN FRESH.

(4) REFUSAL TO FOLLOW STATE OF COLORADO DIETITIAN ORDERD DIET GUIDELINES.

(5) REFUSAL TO CONTACT KITCHEN ON INCORRET PORTONS.

(6) EQUAL ACCESS TO SUBCTITUTE FOR LACTOSE.

5

IS 6th 14th

## 4) CLAIMS —

— LEGAL ACCESS —   — DUE PROCESS —   — ADVISEMENT —
14th AMEND.

— COURTS —   PLEA DENIED — NO CONTEST OR ALFORD DUE
TO WIFES THREATS TO KILL PETS — POLICE DEF ALLOWED SUBJORNED
PERJURY — (APPEAL DENIED)   PETS NOW MURDERED.

— ATTORNEYS — PUBLIC DEFENDER FAST TRACKED CASE AND
NEVER EXPLAINED. NO ATTACK ON GUILTY ALLOWED EVEN WHEN
FORCED UNDER DURESS. (APPEAL DENIED)

— DISTRICT ATTORNEYS — Letters written to District attorney on
facts of case. Appeals to DA to look AT FACTS and
Get VIDEO — TEXT — EMAILS —   (APPEAL DENIED)

— Jefferson County SHERIFFS OFFICE —   FOR   4 78 DAYS
ROD ALLEN PATTERSON HAS ATTEMPTED TO GET IN TOUCH
WITH INTERNAL AFFAIRS — TO REPORT ACTS BY
THOSE INVOLVED. EVEN FACT OF CLAIM BEFORE
ARREST.   AS OF THIS DATE

SUB PROENA

REQUEST   TRANSCRIPTS — EMAILS — LETTERS —
COPIES OF FILED MOTIONS & LETTERS TO
DA, JUDGE, PUBLIC DEF, POLICE.

COPY OF ADVISEMENT VIDEO   PROOF FROM
10-11-17 @ IT 2:30 PM JUDGE MODER ADMITS
NO ADVISEMENT AND AGAIN NO ADVISEMENT

EX parte Hill / JOHNSON V AVERY / Bounds V Smith

SERIOUS & LEGITIMATE
— CLAIM —

4

4) CLAIMS —

— DUE PROCESS — LEGAL ACCESS — ADVISEMENT

— COURT — JAIL — ATTORNEYS — DA — JUDGES —
— STATE HOSPITAL —

— I WAS DENIED ADVISEMENT —
@ THE FIRST ATTORNEY CONTACT @

During Consult with attorney. (Before Being called
CRAZY) hey "I'VE NEVER BEEN ADVISED — I WAS NEVER
GUILTY. SHE MURDERED MY BABIES — SHE STOLE MY FILES
AND RELEASED THEM. TOOK $300.000 n tools and equipment.

Still no elements of the ACCUSED CRIMES —
MANHATTAN BEACH IS A FENCED PROPERTY ON 2 Sides.
How could officers NOT PICK UP a person purported
to Still be KNOCKING ON DOOR UPON POLICE ARRIVAL?

— PUBLIC DEFENDER —

5

5) CLAIMS.

— DUE PROCESS. — FREEDOME OF SPEACH — EQUAL PROTECTION.

# (6) CLAIM

CLAIM; 8TH AMEND - DISABLED PRISONERS -

∴   LAWSON V DALLAS COUNTY, 286 F.3d 257
(5TH CIR 2002) WARREN V STATE OF MO., 754 F.
SUPP. 150. 153 (W.D. MO 1990) AFFD. 995 F.2d
130 (8th CIR 1993) CASEY V LEWIS, 834 F.SUPP.
1569, 5 A.D.D. 1131 (D. ARIZ 1993) AND THE
42 § USCA 12101 et seq.

JEFFERSON COUNTY'S MEDICAL DEPARTMENT AND

JAILS LIASON HAVE CONSPIRED TOGETHER TO

COVER UP ACTS OF DELIBERATE INDIFFERENCE. SERIOUS

MEDICAL CONDITION EXISTS. AS PLAINTIFF IS KNOWN TO

BE TERMINAL DUE TO ACTS AFTER RELEASE FROM ICU

TO JCSD.

(1) ANEURYSM,  Due to Diagnosed condition and the

Very likelyhood that Death could occure if the

Blood vessle Burst. Plantiff is forced to be

# 6 CLAIM

CONT,

Sedentary. NO REC, NO TV. NO MOVIES, NO
EXERCISE, Afraid EXCITEMENT Sneezing, Coughing,
or any act to cause a rise in blood pressure can kill
him. 4 times Plantiff has been told that a
NEURO CONSULT IS SCHEDULED AND CANCELED
DUE TO ANTIBIOTICS, OR UNDER REVIEW, OR
AGAIN NO RELEASES RETURNED.

FACT, ANEURYSM IS PRESENT, DR ROSE
HAS DENIED CARE. NURSING HAS DENIED CARE
AND DEFENDANTS CONTINUES TO BE FORCED TO
REMAIN SEDENTARY UNABLE TO EVEN ATTEND
ACTIVITYS REC MOVIES, EXERCISE. UNDER THREAT
OF DEATH. JUDGEMENT $1.00 COURT
COSTS AND FEES. INJUNCTIVE RELIEF

# 6 Claim

Cost
IN THE FORM OF IMMEDIATE CARE FOR ANEURYSM

CONSULT AND THERAPY, PROPER CARE AND

TREATMENT AND FULL EMG.

## Summary Judgement and

Know Defendants or Correctional care Servers.

IN THEIR OFFICIAL AND PRIVATE CAPACITIES.

OUTSIDE DR OF CHOICE FOR FURTHER CARE

AT COST TO JCSO AND CCS, INCLUDING

MENTAL HEALTH AND MEDICAL CARE AND THE

TREATMENT OF SERIOUS MEDICAL CONDITION

KNOWN AS ANEURYSM.

7) CLAIM

ACCESS TO THE COURTS. RIGHT TO GRIEVANCES AND

REDRESS. FREE SPEECH. ABUSE OF POWER BY PUBLIC OFFICIALS.

"THERE SERVES NO COMPELLING INTEREST TO ABRIGE THIS

RIGHT" THE SYSTEM "ESTOPPLE GESTOPO" HERE IS VERY

CLEAR. Jefferson County courts. Jefferson county sheriffs

office and the powers in this county have effectivly shut

down DOWN THE CONSTITUTION. ① NO DISCOVERY'S ARE

ALLOWED. ② NO ADVISEMENTS ③ NO BOND ④ NO ATTORNEY

⑤ NO PLEAS OTHER THAN GUILTY & NOT GUILTY ⑥ NO

APPEALS ⑦ NO IMPEACHMENT OF OFFICERS ⑧ NO IMPEACHMENT

OF STATES WITNESSES ⑨ NO CLAIMS FOR REMOVED EXCULPATORY

EVIDENCE ⑩ NO VIDEO. TEXT. E-MAIL IN SUPPORT OF

INNOCENCE ⑪ NO AFFIRMATIVE DEFENSE ⑫ NO REVIEW

HEARINGS ⑬ NO FIRING PUBLIC DEFENDERS

7 claim ①

7) Claim

(CONT;)

(14) NO SUBTORNED PERJURY CLAIMS (15) NO PROOF OF PRE-
MEDITATION ON STATES WITNESSES. (16) NO ACTS OF MALICIOUS
CONDUCT and VIOLATIONS OF LAW TO PROVE INTENT (17) NO LIFE
OR LIBERTY OR PROPERTY INTERESTS ALLOWED (18) COURT ORDERED
REVIEWS GET NO HEARINGS ON FACTS (19) NO REQUESTS TO
SEAL RECORDS NEVER HEARD OR RULED ON (20) BAN ON ALL
REVIEWS TO DISTRICT COURT ABOUT COUNTY COURT ACTS.

IT WOULD TAKE A WHOLE REAM OF PAPER TO ACTUALLY
FILL IN THE 100's OF ACTS AGAINST PERSONS IN
THE JEFFERSON COUNTY COMBINED COURTS. I AS A U.S.
CITIZEN HAVE BEEN DENIED ALL RIGHTS TO VALIDATE MY
INNOCENCE EXCEPT TRIAL. NO PLEAS MOTIONS OR
HEARINGS. ALL ACTS ARE FORCED UNDER DURESS BY

7 Claim (2)

7 Claim

(CONT)

THE COURTS GOVERNING ALL PLEAS, EVIDENCE AND

THE POWER OF ATTORNEYS TO OBJECT TO COURTS BLATANT

ILLEGAL ACTS.   A CLEAR FACT 100% NO ADVISEMENT

OF CHARGES SO NO DEFENSE CAN BE FORMULATED. THEN

STATES WITNESSES COME AND TESTIFY "WE LIED ON

AFFIDAVITS" AFFIDAVITS THE DEFENDANT HAS BEEN

CHARGED WITH BUT NEVER ADVISED OF, THE

COURT SAYS "IT HAS NOTHING TO DO WITH THIS

CASE." YET NO DA NO ATTORNEY & NO COURT

EXCEPT CIVIL HAS ALLOWED TESTIMONY PROVING THE

PERJURY & IMPEACHMENT.  AND COUNTY COURT

JUDGES WOODFORD & MOORE DENY IT EXISTS

JUDGE McNULTY STATES "IT HAS NOTHING TO DO WITH HIS"

7 Claim (3)

7 CLAIM

Cont;

nothing to do with his court. THE WHOLE APPEAL WAS A DIRECT QUESTION TO HES AUTHORITY AS THE CHIEF DISTRICT JUDGE IN CHARGE OF APPEALS ON HIS LOWER COURT JUDGES AND SUPERVISION OF THE LOWER JUDGES ILLEGAL ACTS DENYING EVIDENCE, DUE PROCESS, PLEAS & REMOVED EXCULPATORY EVIDENCE.

I DONT CLAIM TO BE AN ATTORNEY, JUDGE, DA, I AM LEARNING BY READING THE BOOKS AVAILABLE HERE. I FIND IT SO HARD TO EXPLAIN THE INJUSTICES I AM FORCED TO INCURE. I WAS FORCED TO RELY ON INCORRECT ADVISE FROM THE COURT AND COUNSEL IN FACT THEY KNOW I PLEAD GUILTY TO A CRIME I DID NOT COMMIT U.S V. TIMMRECK 441 US 780 AT 629

7 claim (4)

13

7) Claim

(CONT)

THE INJUSTICE OF THE CONVICTION IS NOT MITIGATED BY

THE PASSAGE OF TIME FOR TAKING AN APPEAL, THE PLEA SHOULD

NOT BE TREATED AS A NULLITY AND THE CONVICTION BASED

ON SUCH A PLEA SHOULD BE VOIDED. AT 629

"NO CRIMINAL LAW SYSTEM CAN FUNCTION WITHOUT RULES

OF PROCEDURE CONJOINED WITH A RULE OF FINALITY, EVIDENCE

NOT INTRODUCED, OR OBJECTIONS NOT MADE "CAUSE" THE VERY

PROCEDURAL DEFAULT AND ACTUAL PREJUDICE RESULTING

FROM DENIED RIGHTS, SCHLUP V DECO [513 US. AT 321]

THE FACT A HABEAS CORPUS CLAIM OF ACTUAL INNOCENCE

ARE EXTREMELY RARE " ONLY COERCED PLEAS AND

CONFESSIONS, HENDERSON V MORGAN 426 US 637, 644-46

(1976) NO-ONE EXPLAINED ELEMENT OF CRIME AND

DEFENDANT WAS NEVER ADVISED OF SUCH ELEMENT.

7 Claim (5)

7) CLAIM

CONT;

A PLEA IN THE COURT CANNOT BE VOLUNTARY in the

Sense that it constitutes an intelligent admission that

he committed the offense unless the defendant receives real

notice of the true nature of the charge against him, the

first and most universally recognized requirement of

Due process (ADVISEMENT) NEVER TOOK PLACE

(5) NOTE※   FOUND ACTUALLY INNOCENT (Affidavits witnesses

stated "HE WAS NEVER THERE" "HE LIED" POLICE

STATED, "ARRESTED MULTIPLE AUTOMATIC WEAPONS –" A

PROVEN LIE. NEVER HAD A WEAPON OR A WEAPON CHARGE.

Olsen V McFaul, 843 F2d 918 933 (6th cir 1988);

REED V WARDEN, Cent, Prison 28 F. Supp 730, 738 (W.D.N.

C.)(1989) morris V California 966 F.2d 448, 453 (9th cir 1991)

7) Claim (6)

7) CLAIM

CON'T;

CASE NOTE:

("Ms. Morris asserts [AS DOES] that had she received

effective assistance of counsel, she would have asserted

facts that would have demonstrated her innocence. IF TRUE

a matter to be determined by the District Court on remand

[ YET APPEAL DENIED BY DISTRICT COURT ]

THEN a constitutional violation — specifically, of her right to

effective assistance of counsel — would have probably resulted

in the conviction of one who is actually innocent. AS Carrier

makes clear, SUCH A CONVICTION CANNOT STAND

WHAT A MISCARRAGE OF JUSTICE

NOT

RELEEF REQUESTED

THIS IS MURDER AND CONSPIRACY TO COVER UP A

MURDER. LOSS $300.000 TOOLS    TOTAL $640.000

REQUIRE GRAND GRAND JURY QSORM

7 claim (7)

7) Claim

CONT')

- REASON -

CONSPIRACY, JCSO. REFUSES TO ALLOW CONTACT
with internal affairs. KEY NOTE ※ CALL INTO THEM
about EDGEWATER PD NOT MAKING INTERNAL AFFAIRS
AND WHAT THEY DID TO US. DON DIXON ROB A
PATTERSON.

B) CLAIM      Liberty   Seperation of Power

10) § 4-1001

Collateral consequences of charge and conviction.

UNDER § 18:8

Nondelegation of adjudicative authority.

JCSO Retains that it is a private entity, receiving no
federal funds - therefore as they stated "RICO" and
the whistle blowers act will not function here (Basicly
I am laughed at trying to bring forth these actions)

Key  if there were a total delegation of authority
to a private jail official on these issues, then
the liberty interests of inmates would be in the hands
of private parties. THESE PRIVATE OFFICIALS Give
and take away goodtime, determine work release assignment,
adjudicate charges of serious misconduct.

TAKE A COUNTY GOVERNMENT SELF RUN, NO NEWS —
PAPERS - NO DISCOVERY - NO NEWS — MEDIA OR CONTACT
WITH SUCH (UNMOLESTED CONTACT) NO Regulated
Grievance ISSUES. (TSOU - NON-EXISTANT MEDICAL) AD-
SEG REQUIREMENTS. NO MENTAL HEALTH, REFUSAL
TO ALLOW INTERNAL AFFAIRS —

That express covenant exists no longer the JCSO
has a rubber stamp for decisions such as Good-time
News-papers — Discovery. STATE HAS IGNORED CLAIMS

## 8) Claim

State courts hold that disciplinary decisions by private Jails are subject to judicial review as a government action. (No Grievances allowed)

State must retain the ultimate power over punishments meted out. Due process must be provided under State and Federal law to prisoners held under the constitution.

The State Government has the ultimate authority and responsibility for Corrections. Thus, Courts will hold the government responsible for actions taken by a private provider that violate an inmates rights.

Constitution regulates government activity. A pre-requisite, therefore, for any civil rights action is "Color of Law" Does a private run Jail fall under State action. If so then Rico & the whistle blowers act are fully in play and viable here.


Deliberate indifference to serious medical problem in violation of constitutional right to medical care) HERE its a private Dr under contract to provide care (0 The State contracted care provider acknowledged that MNS ANEURYSM, PTSD & SEVERE MAL ABSORPTION EXISTED and treatment was necessary but refused to schedule it or provide treatment or meds or Diet. Key for Suit on Color of law "it's the physician's function while working for State, not the amount of time he spends in performance of duties

2

# 8) Claims

CONT

~~~~~~, That determines whether he is acting under color of State law. The physician assumes the responsibility and constitutional obligations when tending to prisoners care.

As such the physician constitutes a State actionable person and suit can be brought under 1983, when a government entity delegates one of its traditional or public functions to a private entity, the private entity is held also for performance of the function.

SAME CAN BE SAID OF JCSO'S DENIED GRIEVANCES. Legal research, Due process. MEDICAL, SANITARY, NEWS MEDIA.. TO HOLD THAT WHEN INMATES ARE DENIED BASIC FUNDAMENTAL RIGHTS That they are without a judicial remedy is to ignore the basic delegation of Governmental responsibility to the Jail by the government that sent them to the Jail.

TO EVALUATE THE SUBJECTIVE MOTIVATIONS OF JCSO AND CCS Along with Jefferson County Combined Courts.

CCS Patterson's condition limited ability to watch MOVIES TV. REC. physical activity, such as climbing stairs a That continued Rehabilitation will result in complications related to medical conditions and possible DEATH.

3

95

ADVISEMENT

Charges -penalty for charges- public def. Bond -

ELEMENTS OF CRIME   DATE & TIME OF CRIME.

CAN RAISE AFFIRMATIVE DEFENSE. (AT ADVISEMENT)

PLEAS can be taken by seated Judge at advisement

Also challenges to charges Authenticity are done during

advisement, FURTHER KEY※ howcan a person

defend themselves from (REASON) one cannot do

So without Advisement.

For 489 DAYS NOW IVE BEEN DENIED

Due process, A STATEMENT OF CHARGES AND

FACTS OF Charges against me.

These Are facts Ive never touched Kandace

or deborah (As TESTIFIED to in civil court by

deborah Barnett) Looking At the facts ! )

n

ADVISEMENT

BRADY √ MARYLAND 373-US 83. 87 (1963)

Federal court intervention on Subjorned perjury

Proven Impeach ment and removed EXCULPATORY

EVIDENCE. Along with denied Advise ment

and appeal. SEEM'S A NO BRAINER, Affective

assistance of counsel, federal courts will fall under

those. Olsen √ McFad l 843 Fed 918-938

REID √ WARDEN   708 F SUPP 230-38   ≠

morris √ California 966- F2d 448-53 carrier

infact make clear Such previous Convictions

cannot Slave   489 DAYS. OF   LIES

≠ DEATH. $640.000 Plus 80.000

IN ASSETS IN PUEBCO Combine Losses —

3

## ADVISEMENT

FACTS NOT YOUR ASSUMED AMBIGATIONS, NOT THE

PROVEN LIES YOUR HOLDING ME WITH, NOT ALL THE

SICK ATTEMPTS TO DISCREDIT ME. NOT ACCUSATIONS.

THE RELEVANT MATERIAL FACTS. THE PROVEN SUBTORNED

PERJURY ON THE FIRST 7 DAY ILLEGAL, FORCED. UNDER

DURESS, PETS WERE MURDERED SENTANCE.

YOU THE POWERS OF THE COURTS LET HER TAKE MY

LIFE and COVERED UP MY MURDER. YOU NOT ME.

I WAS NEVER GIVEN FACTS. ELEMENTS OF THE CRIME

DATE AND TIMES. WITNESSES OR AFFIDAVITS. OFFICERS

OR ATTORNEYS. NEVER EXPLAINED EVEN THE RANGE

OR BOND FOR CHARGES I AM ACCUSED OF.

IF A PERSON ARRESTED IS NOT GIVEN ADVISEMENT HOW

THEN CAN THEY DEFEND THEMSELVES FROM THE VERY

3

# ADVISEMENT

THINGS BEING ACCUSED OF S IF A PERSON ARRESTED

IS NOT GIVEN ADVISEMENT HOW THEN CAN THEY DEFEND

THEMSELVES ( YOU CANT DUE PROCESS FAILS) ITS NOT

"A IF WE WANT TO   OR   WHEN EVER   WE   WANT"

NO COLLATERAL ATTACK CAN BE MOUNTED IN DEFENSE.

NO AFFIRMATIVE DEFENSE TO ACCUSATIONS, 490 FOUR HUNDRED

NINTY DAYS NOW , ZERO DISCOVERY , ZERO ADVISEMENT

ZERO DUE PROCESS , ATTEMPTS ONLY TO FORCE FULL AND

COMPLETE GUILTY PLEAS TO CHARGES PROVEN INNOCENT.

OBSTRUCTION "RICO", DENIAL OF CONSTITUTIONAL RIGHT TO

HEAR CHARGES AGAINST, CANNOT COOPERATE WITH DEFENSE

COUNSEL, "BECAUSE THEY LIED FULLY , NEVER INVESTIGATED

WITNESSES- VIDEOS - EMAILS, TEXTS , STOLEN FILES

NOT ONE ATTEMPT TO VALIDATE MY CLAIMS"

4

# ADVISEMENT

HOW DO YOU CALL THIS LEGAL, NO CHANCE

TO PROVE THEIR ACTS WERE PRE-MEDITATED. NO

CHANCE TO SECURE MY TOOLS OF TRADE "WOODFORD

STATES IN COURT, YOUR NOT ALLOWED TO CONTACT

HER IN ANY FORMAT " AS IF IT MATTERS.

YOU TOOK LIES - FABRICATIONS - GUNS, DRUGS.

MONEY & LET HER MURDER ME & MY PETS.

THEN IGNORED THE FACTS - "RICO" 100%

YOU CONSPIRED. YOU OBFUSCATED: YOU DENIED

MY CIVIL & CONSTITUTIONAL RIGHTS -

7 PETS & $820.000 NOW IN ASSETS

& PROPERTY.

FOR WHAT? AN ACCUSED UNFOUNDED

& WITHDRAWN TESTIMONY OF A PINKY TOE.

5

# ADVISEMENT

YOU WILL FIND I'M GOING TO DIE. I'M TERMINAL DUE TO ACTS BY KANDACE BARNETT-PATTERSON. DEBORAH BARNETT. AND EDGEWATER PD. THESE LIARS LED YOU ALL ASTRAY OF THE LAW. YOU _willingly_ INTENTIONALLY DID FOLLOW THEM AND CONTINUE ACTS TO DEPRIVE LIFE LIBERTY AND JUSTICE

"RICO" "GRAND JURY", "RICO" "GRAND JURY" "RICO" "GRAND JURY"

THESE ARE FACTS. 7 PETS - MURDERED. $300,000 IN TOOLS. HOUSE. TRUCK. EQUIPMENT. FURNISHINGS. MY VERY EXISTANCE ERASED FOR LIES. MY MURDER FOR FABRICATIONS — YOU JOINED THEM NOW ITS "RICO" GRAND JURY" SEE YA

6

# RE –

## DIRECT

THE REAL JOB NOW; REMOVE UNJUSTIFIED AND FICTACOUS VIEWS. REIN IN PRETENSIONS AND GET GRAND JURY SEATED.

EXPERIANCE THE FACTS. A MAN W/ $80,000.00 A YEAR JOB $300,000.00 IN TOOLS, DIESEL TOOLS. A HOME A BUISNESS W/ 1 COMPLAINT IN 20 YEARS OF OPERATION. 7 MURDERED PETS, ALL POSESSIONS GONE NOT A PAIR OF UNDERWEAR. AND I'VE PROVEN YOU MURDERED ME AND HAVE HELPED TO COVER IT UP –

"RICO GRAND JURY"

NO ARGUEMENT FACTS YOU CAN NEVER ERASE.

Co.1

# THE PLAY,

Here the inaccurate refrences, false reputation of my adress estate value has done more damage than any bullet from a gun — As of 11-1-17. $640,000.00 IS PROVEN ASSETS LOST and another $80,000.00 on top as of the 12th of Nov. (FACT)

The standard perception of my character, is here an absurdity. and now my condenscending attitude towards the courts lack of law, is based upon physical not frictional Evidence, no. evincing, no neutrality, on the courts part has ever existed. I'm now stereotyped throughout the proceedings, It's the courts Very reputation now at stake, Their political heart the Patronage is not going to desire assocation with these wholly un-precendended findings, A complete failure of Due process.

My winning, my successfulness is based upon facts not friction, here its proven 100% that the very lies on their part gained so much prevailence (its) infact the cause of it's downfall. my true character witnesses, my corrected criminal record and the garned physical proof of innocence has now destroyed the perception of EVIL held by the Governments very Agents sent here to trap me.

Here the sheep will run, the wolves will chase and I the hunter will eat well and feed my family on the false prophets illegal Gains, IN THE MIRROR you'll find you were never a hunter, only the hunted.

Your reasoning, THE FALL, the world has gone wrong from the begining, and down to the present psychological, religious and political disorganization, ARE YOU REALLY A BELIEVER DIRECTED BY INTERNALS AND NOT SOME SUPERFICIAL MOTIVATION,

(1)

MY responses are Clearly opportunistic in form. (From desire & Pain in drive) to your obvious and obviously INEXHAUSTABLE SIDE STEPPING OF THE CONSTITUTION. It only fuels the fire burning your pillar (color of law) your melting pot of delusions and lost materials only Indicates your Governmental Service is at an end OR; Your A PAWN.

I am the most consistant advocate of absolute objectivity. The fantasies of gold, drugs flesh jewels are the art of the novel's fiction to obscure the very perception of reality. Do you know who or what I am, a user of the most extreme devices. I call a pipeline your Force to follow The flowers of EVIL!

What a concept. truth when I tell you do quit following me, to call me literally and frankly. you cannot know the truth.

I was living my life, a mechanic, a home, a goal, my pets my wife. A family, Established facts THEN LYING ABUSIVE PIGS. CALL TO INTERNAL AFFAIRS HERE. PROOF (IGNORED)

PIG KNUCKLES

I've set forth these specific words to penetrate that seemingly complex structure of law, to inform you through phraseology, You no longer even hold the authority to attempt to Judge me, as the principle here is not a conviction but an acquaintance of the dispositions now held. Seemingly a anthropomorphism on the very Judges minds.

As previously society is shown to consist of individuals. sheep wolves, hunters, all of whom have agreed to certain restraints upon their lives, a society controled by law. Your life is an illusion derived from an excess of security, of the law

(2)

IN writing these words down now there can be no perfect resolution to this very complex TERMINAL DEATH, AND THEFT DELEMMA! the trial and error past has long part ( perfect is a delusion here called innocence ) the sheep hide from you, and my forced feeding you and your so called wolves, Expecting them to now consume reality, the very facts now causing their severe intellectual convulsions (YOUR REACTION AS PLANNED) It's now a case of proven innocence and raw murder, human nature was played upon wholly, You took my rights and not the right way, that vulnerability to ego drive acts, Your intentional disregard to the facts, Your un-compromising refusal to be given a lesson in law by a person you have DEMORIZED! it's now your phobia and in reacting to my responses proving the frequent and massive neglection of law, You're anarchic will un bound by your fleeting Color of law Defense.

It now seems that our continued aggression in which theft and murder become a virtue and not a crime, This being such a heavy passion derived from your desire to revenge oneself of the traits aquired as a child, (man facts, animals are mainly sexual in origin, Blind, unreasoning and revengful, Your un-real struggle with a passion, an evil wolf bound by unconscious and moral accusations that are based upon LIES)

For you to circumvent everything pertaining to my innocence, to preserve intact your outward appearance of a "beautiful and coltoral life." here now the facts arouse you all of this being true a romantic of law and right has finally stepped into my world, Yet I've not chosen to degenerate folly. I'm refrained from outward desires now that all I had is lost,

Yet now at Government EXPENSE (and that cost will now rise Exponentially) To Keep an eye on the Cabal, I SEEK JUSTICE. GRAND JURY STYLE -

As AN EXECUTIONER MUST ONCE SEE SOME RISK IN HIS JOB, even one as myself forced to live a play, an act to sustain the Viel of reality, giving my life protection, then when it's proven to you by your own delegates, you chose to ignore my murder. Could YOU ACTUALLY HATE ME SO FULLY?

FOUND IN GHALIB XXI³  it Flows Here?

Dew on a Flower - tears or something

_Hidden spots mark the heart of a cruel woman.

The dove is a clutch of ashes, Nightingale a clutch of color.

_a cry in a scared and burnt heart, to that, is nothing.

Fire doesn't do it; a lust For Fire does it.

_The heart hurts for the spirits Fading.

to cry like loves prisoner, is forced by loves prison.

_hand under sabre, pinned there. Faithful.

Sun that bathes our world, hold us all here,

This TIMES GREAT SHADOW, STRANGLES US ALL

Your love of law, my love OF JUSTICE, to claim to be loves prisoner, love lost (PETS, MY BABIES HAVE BEEN MURDERED) My life taken by Lies, I am as you, loves prisoner, it's in itself a consequence of our lives compulsion., I SAY, Don't do the unbearable again. to continue to revolt on your basic feelings the liberialism clashing with your desire to host and confine a will you cannot crush. Your methods as inductive and observational, Yet, so naturalistic and based upon your philosophy, I've shown your deterministic implications -

(4)

IS THERE EVEN AN ATTEMPT TO PRESERVE OR INFLUENCE THE VERY INTELLECTUAL CONSCIOUSNESS OF OUR FIGHTS. YOU CHOSE A JUDGEMENT. AND MY MOST OBVIOUS A REVOLT, OUR SYMPTOMS. AS DIVERSE ONE MUST THINK. NOT. AS ONE SAID "ART FOR ART SAKE" WHY DO YOU JUDGE MOORE FIGHT ME?

ARE YOU NOW bewildered as to my Estate. or just now pessimistic to the thought of building a foundation we could call reality. I will never let go. my pets MURDERED. MY TOOLS & LIFE TAKEN BY THIEVES YOU PROTECTED. Truth and objectivity. Your very Character and the influence of law (THE CBI DEA & FBI) INFACT interfere explicitly and the attempt to have documentation or the trail that leads nowhere (AN Artful Liar Ponying a new at every Sentences) which persona is it you truthfully want to convict. The very fact Falsification and interference took place. and that CONFLED Blocks THE FACTS changes the land scape even the SAGE WEST Game. very respectable on their part. Letting us Run wild yet never once Just asking the Question.

How IN THE FUCK IS
He Doing THIS.

She lied to you. You believed her. You Read more lies and typa tyranny cussed— documentation, or who I really am is fleeting a cover of lies to protect.

(5)

# THE FRAGMENT OF TORTURE

I LIVE IN PAIN, A WORLD GUILTY OF DESTRUCTION. I TRIED TO PROTECT MY LOVED ONES BY CALCULATING REALITY. THE OPPOSITION DEVELOPED HERE. SPECULATION HAD NO LIMIT AND MY CALL ON THAT DAY INCLUDED STORIES RECOGNIZABLE FACTS. MY CHALLENGERS TO AUTHORITY WERE GENERATERS OF RESPONSE. HOW MANY HOURS SPENT COLLECTING FICTIONAL PLAYS AT KEEPING MY STORY AND MY FAMILY SAFE. CAN THERE ACTUALLY BE AN AGENT WITHOUT A GOVERNMENT.

My words Strike home at last

Act 1 Scene 2

PYLAD) OH, wretched woman. what was the name that passed your lips?

ORES) Ah. now you're roused to anger. Good. That name has made you shudder, as it should. Live, then... let love and duty give your spirit. But lose no time!, EACH moment now could cost. While still your feeble fires, which sink so low. Come what remorse can flay you so. what wrong could have carried my Guilt. There is no innocent blood your hands HAVE SPILT

You would shake with terror if the truth were told.

I must daily suffer as I watch and Die.

(6)

P0109537
Rob Alba R Hesson
Jefferson County Jail

AS I sit here terminal. I wonder, can we as Citizens actually make a difference through community advocacy by corresponding with the people? Our only remaining right Freedom of the press, "well not here in Jefferson county Jail. News Media is not allowed and is FULLY Censored,

CAN todays news meet the very obligation it has to present the Grievances of the Citizens. or; have all the rights we all share and the negative developements undermined this basic First amendment obligation.?

Just looking at constitutional rights to access the very courts that protect us, THESE HAVE TOTALLY DISOLVED. Your duty as a news media, a Soap-Box, a venue to the redress of Grievances on the Government. Without Your Coverage; Can you actually imagine no Constitution, arrests without reading of charges or the elements of the crime?

How about Courts denying witnesses allowing Perjury. or your own local police charging you at a hospital without your ability to speak on your behalf or defend your own rights. a Police so powerful Putting lies so Shocking a Dr. could then murder you then Just walk away leaving you do die, treatments denied because the lies made you a Guilty animal and all the other Citizens Forgetting your a human being. A RULE EXISTS, A FORGOTTEN RULE, INNOCENT UNTIL PROVEN.

All of this in effect is a shown silencing of our democracy. a CIVIL death. proof of the diminuation of the poor and disenfranchised. Here is a Story of facts.

I

These are not Just written words, reality; a Justification of feelings that were acted upon illegally and resulted in murder, a 100% mortality rate terminal illness at the hands of Law Enforcement Gone wild.

Reality here is that the lies are formulated, charged, Summons and complaint but never Advised, no elements and no ability to get such, Here even the Guaranteed right to defend oneself denied. Discovery Denied wholly and another fact after 475 Days in Jail without advisement (well they tried to cover up the fact, even Forgery could not put a person on video in advisement if they were never there) WOW, NOT FORGERY.

Look, U.S. citizens have no way of vindicating their Civil Rights without a Judicial System, OR competant and available news media, telling you that the very basic nature of "OUR" we the people constitutional system has broken down is Just written words. I can and will give you more, photographic evidence, medical records, arrest reports, direct testimony on the Stand by Judges and police in total abeyance of their Duty to protect.

Facts that are in their own words, Lies which will shock you to the very core and leave you scared, for this is the reality in Jefferson County Colorado. Justice is blind, it does not exist, If you challenge them (THE POWERS THAT BE) THEY WILL MURDER YOU THEN COVER IT UP.

SEE US DISTRICT COURT DENVER COLORADO
1:17-CV-02380-GPG
1:17-CV-02552-

Rob Allen Patterson
Jefferson County Jail
PO Box 16700 Golden Co.

(2)

# THE PLAY

HERE IS WHERE YOU BECAME LOST (LIARS) false reputation of my aquired estate value has done more damage than any bullet from a gun, As of 11-1-17 720.000.00 720 THOUSAND DOLLARS - IN PROVEN ASSETS LOST. FACT'S A 53' SEMI TRAILER OF MINING EQUIPMENT, FACT 300.000 in DIESEL MECHANIC TOOLS. 140.000 in General contracting tools - FACT $80,000 IN CAMPING AND SPORTING GOODS - $17,000 PUCASKI BEDROOM SET, ASANTI LIVING ROOM SET $7.000. THERMA RECT BEDS $6.000 HOT TUB 14.00 ART WORK & STEREO EQUIPMENT $15,000 NOW ANOTHER 80.000 COST DUE TO ALL THREE STORAGES IN PUEBCO. A 2000 10 FT TEDDY BEAR for MY CORAND RIDS. 3 motorcycles - 4X4 POLARIS - ATV. WHO AM I, NOBODY, A MAN W/PETS NO WORD NOW TERMINAL W/OUT PETS OR PROPERTY. & YOU HAVE PUSHED THE BUTTON - NOW I'm DEAD NO FUCKING FUTURE. So I'm GOING TO TAKE ALL OF YOU WITH ME. GRAND JURY. "RICO" YOU LET THEM COME AT ME. YOU LET THEM SHOOT & HUNT ME. YOU TOOK EVERY DOLLAR I SPENT AND TRIED TO FRAME ME. WHEN A FACT REMAINS ~

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ___ No  (CHECK ONE).  If your answer is "Yes," complete this section of the form.  If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit.  The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit:

   Dont remember Raean MJury

2. Docket number and court name:

3. Claims raised in prior lawsuit:

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?):

5. If the prior lawsuit was dismissed, when was it dismissed and why?

   Ran Away

6. Result(s) of any appeal in the prior lawsuit:

   NEVER APPAIED

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

   ___ Yes _✓_ No  (CHECK ONE).

2. Did you exhaust available administrative remedies?  _✓_ Yes ___ No (CHECK ONE).

   REQUESTED GORIEVANZES DENIED ___
   APPEAC DENIED —

## G. REQUEST FOR RELIEF

State the relief you are requesting.  If you need more space to complete this section, use extra paper.  The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

Declaratory, injunctive,
Release, Grand Jury.
Damages.
$ 720,000 in losses
Medical care, Arrest of
those involved

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on ___11-10-17___
            (Date)

                             (Prisoner's Original Signature)

(Rev. 1/30/07)                              8